FILED

MAY 2 2 2012

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Division**

*SC*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. |
| Plaintiff, | **CV 12 2631**  VOLUME I |
| v. | **PLAINTIFF FTC'S MOTION FOR TRO AND PRELIMINARY INJUNCTION WITH OTHER EQUITABLE RELIEF** |
| DR PHONE COMMUNICATIONS, INC., also d/b/a DRphonecom.com, and | **EXHIBITS 1 - 3** |
| DAVID ROSENTHAL, individually and as an officer of DR Phone Communications, Inc., | **Pages 1 - 286** |
| Defendants. | |

Respectfully Submitted,

LAURA SOLIS, WSBA # 36005
NADINE SAMTER, WSBA #23881
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
(206) 220-4544 (Solis)
(206) 220-4479 (Samter)
(206) 220-6366 (facsimile)
lsolis@ftc.gov
nsamter@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

INDEX TO EXHIBITS – VOLUME I

Description                                                                                     Page No.

EXHIBIT 1 –   Declaration of Dani Stagg (May 11, 2012)                            1 – 48

EXHIBIT 2 –   Declaration of Raminder Sabhi (March 22, 2012)                49 – 116

EXHIBIT 3 –   Declaration of Crystal L. Kendrick (April 3, 2012)             117 – 286

### DECLARATION OF DANI STAGG
### PURSUANT TO 28 U.S.C. § 1746

I, Dani Stagg, hereby state that I have personal knowledge of the facts set forth below. If called

as a witness, I would testify as follows:

1.   I am a United States citizen and am over eighteen (18) years of age. I am an Investigator

     with the Federal Trade Commission ("FTC"), in the Bureau of Consumer Protection's

     Division of Marketing Practices. My business address is Federal Trade Commission, 600

     Pennsylvania Avenue NW, Washington DC 20580.

2.   I began working as an Investigator at the FTC in August 2006. As part of my regular

     work duties, I research and investigate persons and entities that may be violating the FTC

     Act and other laws that the FTC enforces.

3.   In August 2010, I was assigned to work on the FTC's investigation of defendants DR

     Phone Communications ("DR Phone") and its principal, David Rosenthal. As part of my

     work on this matter, I performed the following tasks: (1) I purchased prepaid calling

     cards that DR Phone distributed for sale in San Francisco, California; (2) I photographed

     DR Phone's point-of-sale posters advertising the prepaid calling cards that I purchased;

     (3) I coordinated the testing of DR Phone's prepaid calling cards by a contractor hired by

     the FTC; and (4) I analyzed the test results.

### Purchase of DR Phone's Prepaid Calling Cards

4.   On September 2 and 3, 2010, I traveled within San Francisco to purchase several of DR

     Phone's prepaid calling cards for testing and to photograph the corresponding point-of-

     sale advertising for these cards. On September 2, 2010, during my investigation, I found

     that DR Phone's prepaid calling cards were marketed and sold in a number of retail

     locations, including grocery stores and shops specializing in the sale of prepaid calling

cards, in San Francisco's Chinatown District. Typically, the stores that sell DR Phone's prepaid calling cards display colorful posters that advertise a particular calling card. DR Phone's posters are 11 x 17 inches in size and are visible to the consumer at the point of sale, usually on the wall behind the sales counter, or in the window or door of the establishment. The typical DR Phone poster I saw displayed: the name of the card advertised (*e.g.*, "Super Clean"); the face value of the cards (*e.g.*, "$2" or "$5"); DR Phone's logo; DR Phone's website address, *www.drphonecom.com*; large and colorful text "bubbles" containing the name of a particular calling destination (*e.g.* "China") and representations about the number of calling minutes a consumer will receive for that destination using the advertised card of a specified value (*e.g.* "per $5"); and a table of destinations with representations about the number of calling minutes a consumer will receive when calling these destinations with the advertised card of a specified face value. Disclosures in tiny font at the bottom of DR Phone's posters were not visible to me from directly in front of the sales counters of these establishments. I could not see the text in the tables from where I stood in front of the sales counters. DR Phone's prepaid calling cards were displayed, face-up, under the glass of the sales counters.

5. On September 3, 2010, I purchased four different brands of DR Phone's prepaid calling cards, for a total of eighty (80) cards. Specifically, I traveled to a store called Ultra Tone Comm., located at 1151 Stockton Street, where I purchased twenty-five (25) DR Phone "Super Clean" cards with a $5 face value and fifteen (15) DR Phone "1¢ World" cards with a $5 face value. That same day, I traveled to a store called Ultra World Communications, located at 1100 Stockton Street, where I purchased an additional eight

DECLARATION OF DANI STAGG

(8) DR Phone "1¢ World" cards with a $5 face value, eleven (11) DR Phone "Call Me" cards with a $5 face value, and twenty-one (21) DR Phone "Cheap Talk" cards with a $5 face value.

6. The DR Phone prepaid calling cards I purchased are printed on laminated paper and have two detachable sections separated by a perforation. The top portion, or "tear-away," contains the defendant DR Phone's corporate name and logo, its website address, *www.drphonecom.com*, and the terms and conditions for that card. The bottom portion is the calling card itself. The card has a scratch off area that displays the Personal Identification Number ("PIN") associated with the card, local and/or toll-free telephone access numbers, and instructions for using the calling card.

7. **Attachment A** to my declaration is a true and correct copy of the front and back of the DR Phone "Super Clean" cards I purchased from Ultra Tone Comm. All of the DR Phone "Super Clean" cards I purchased look identical, except for the PIN.

8. **Attachment B** to my declaration is a true and correct copy of the front and back of the DR Phone "1¢ World" cards I purchased from Ultra Tone Comm and Ultra World Communications. All of the DR Phone "1¢ World" cards I purchased look identical, except for the PIN.

9. **Attachment C** to my declaration is a true and correct copy of the front and back of the DR Phone "Call Me" cards I purchased from Ultra World Communications. All of the DR Phone "Call Me" cards I purchased look identical, except for the PIN.

DECLARATION OF DANI STAGG                    P a g e | **3**

10. **Attachment D** to my declaration is a true and correct copy of the front and back of the DR Phone "Cheap Talk" cards I purchased from Ultra World Communications. All of the DR Phone "Cheap Talk" cards I purchased look identical, except for the PIN.

### Documentation of DR Phone's Prepaid Calling Card Posters

11. At the time of purchase, using a digital camera, I took one or more photographs of each poster that advertised the corresponding DR Phone calling cards I was purchasing. Upon return to my office, I uploaded the digital photographs of each poster to an FTC server. I named each digital file containing a picture of each poster in a way that indicated which prepaid calling card the poster advertised.

12. **Attachment E** to my declaration is a true and correct copy of a photograph of DR Phone's "Super Clean" poster. **Attachment E** fairly and accurately shows the poster as it appeared on the day that I took the photograph. The following English-language disclosure appears at the bottom of the poster:

> A surcharge of $0.99 applies to pay phone calls. Call times are rounded to the next 3-minute increment. A weekly maintenance fee of $0.99 applies within 24 hours of first use. At the end of each call in excess of four minutes, a post call fee of $0.03 to $0.99 may apply depending on destination rates, unless card balance reaches zero. At the end of each call, a call duration fee of up to 40% of the call amount will be deducted from your balance, unless card balance reaches zero. Calls originating from outside of the 48 contiguous U.S. states may incur an additional charge of up to $0.19 per minute. Card expires 180 days from first use; first use must be by 2012. Maximum per minute rate for calls within the U.S. is $0.09 per minute due to rounding to the next 3 minutes. Card minutes advertised or announced apply only to the first call. Fees and surcharges required by state and/or federal regulation, call types (cellular and international) and call durations reduce calling time. Surcharges and fees vary and are subject to change without notice. Charges for international calls vary by destination and are subject to change without notice. Calls to cellular phones are charged at rates higher than calls to

DECLARATION OF DANI STAGG                    P a g e | **4**

non-cellular phones. For complete rate information call customer service at 1-877-772-1219.

13. **Attachment F** to my declaration is a true and correct copy of a photograph of DR

Phone's "1¢ World" poster. **Attachment F** fairly and accurately shows the poster as it

appeared on the day that I took the photograph. The following English-language

disclosure appears at the bottom of the poster:

> International calls made to cellular phones and call via toll free numbers
> are billed at higher rates. Service fees and other charges may apply. Calls
> made from US payphone will have a per call fee applied. Application of
> surcharges and fees may have an effect of reducing total minutes on cards.
> Prices are subject to change without notice. This card has no cash value.
> Card expires 3 Months after first use or 12 months after activation.

14. **Attachment G** to my declaration is a true and correct copy of a photograph of DR

Phone's "Call Me" poster. **Attachment G** fairly and accurately shows the poster as it

appeared on the day that I took the photograph. The following English-language

disclosure appears at the bottom of the poster:

> International calls made to cellular phones and call via toll free numbers
> are billed at higher rates. Maintenance/service fees and other charges may
> apply. Calls made from US payphone will have a per call fee applied.
> Application of surcharges and fees may have an effect of reducing total
> minutes on cards. Prices are subject to change without notice. This card
> has no cash value. Card expires 3 Months after first use or 12 months
> after activation.

15. **Attachment H** to my declaration is a true and correct copy of a photograph of DR

Phone's "Cheap Talk" poster. **Attachment H** fairly and accurately shows the poster as it

appeared on the day that I took the photograph. The following English-language

disclosure appears at the bottom of the poster:

> Rates and surcharges are subject to change without notice. All rates are
> calculated based on original minutes and before application of fees and

DECLARATION OF DANI STAGG                                            P a g e | **5**

surcharges. Application of fees and surcharges will reduce total minutes on card. The calls will be billed in 1-4 minute increments. In addition to other fees and surcharges, (1) a 69cent maintenance fee will be deducted after first use and every week thereafter. 2) Calls to cellular phones will be charged at a higher rate. Neither network provider nor distributor is responsible for lost or stolen cards. This card has no cash value is non refundable. Card expires 60 days after first use.

### Contractor Testing of DR Phone's Prepaid Calling Cards

16.  In June 2010, the FTC hired The Voice of Your Customer, an independent contractor, to conduct tests of DR Phone's prepaid calling cards to determine the actual number of calling minutes delivered by each card. I sent a total of eighty (80) of the DR Phone cards that I purchased to the contractor for testing. In addition, on November 16, 2011, my colleague, Raminder Sabhi, a Paralegal Specialist in the FTC's Western Region in San Francisco, sent an additional ninety (90) of the DR Phone cards that he purchased in San Francisco on November 8, 2011 to the contractor for testing (See, Declaration of Raminder Sabhi).

17.  Specifically, on September 3, 2010, I sent the contractor the following DR Phone cards: twenty-five (25) "Super Clean," twenty-three (23) "1¢ World," eleven (11) "Call Me," and twenty-one (21) "Cheap Talk." Before sending the cards to the contractor, I revealed the PIN on each card and photocopied them. (See, **Attachments A-D**). I also marked some of these cards as "alternates" for the contractor to use if another card did not work or the test of the card could not be completed.

18.  I gave The Voice of Your Customer instructions as to how many tests should be single-call or multi-call tests, which countries to call, and whether the tests should be conducted

DECLARATION OF DANI STAGG                                    P a g e | **6**

to a cell or landline telephone. My instructions to the contractor are reflected in **Attachment I** to my declaration. These attachments are described below.

19. The Voice of Your Customer conducted a total of 169 tests of DR Phone's prepaid calling cards in two rounds. In November 2010, I received the first-round test results for the prepaid calling cards I sent to the contractor on September 3, 2010. In January 2012, I received the second-round test results for the prepaid calling cards that Raminder Sabhi sent to the contractor on November 16, 2011. **Attachment I (Table 1)** is a chart that I created summarizing the results of the contractor's tests of DR Phone's prepaid calling cards. **Table 1** contains the following information: (1) Card Name; (2) PIN of the card; (3) Country Called; (4) Round, indicating whether the test was conducted during the first or second round of tests; (5) Call Type, where "L" represents a test to a landline phone and "C" represents a test to a cell phone; (6) Method, where "S" represents a single-call test and "M" represents a multi-call test; (7) Total number of calls placed with the tested card ("Total Calls"); (8) Minutes advertised in the text bubbles on DR Phone's point of sale poster for the specific country called ("Poster Min."); (9) Total number of minutes indicated by the voice prompt(s) during the test ("Total Prompted Minutes"); (10) Total number of minutes delivered ("Delivered Min."); and (11) Percentage of Advertised Minutes ("% of Ad. Minutes").

### Testing Analysis

20. For each of the DR Phone prepaid calling cards tested, I compared the number of minutes delivered during the testing with the number of minutes advertised in the text bubbles on the corresponding DR Phone poster displayed at the point of sale. I used the minutes

DECLARATION OF DANI STAGG                                                    P a g e | 7

advertised in the text bubbles, and not in the tables below or above the text bubbles, to conduct the analysis, because the print in the tables is very small and unlikely to be seen by consumers at the point of sale. On some of the posters, the minutes advertised in the tables differs from the minutes advertised in the text bubbles.[1]

21. Of the 169 cards tested, 166 cards, or 98.2%, failed to deliver as many minutes as advertised in the text bubbles on the corresponding point of sale posters.[2] On average, the 169 tested cards delivered only 40.42% of the minutes advertised in the text bubbles. Fifty-two of the 169 cards delivered less than 25% of the minutes advertised in the text bubbles. Twenty-five cards delivered less than 5% of the minutes advertised in the text bubbles. The worst card delivered 0.98% of the minutes advertised in the text bubbles.

22. The twenty-five cards subjected to single-call tests delivered an average of only 53.27% of the minutes advertised in the text bubbles on point of sale posters while, on average, the 144 cards subjected to multi-call tests delivered only 38.19% of the minutes advertised in the text bubbles.

---

[1] For example, in the "Call Me" poster that is included in Attachment E to Mr. Sabhi's declaration, defendants advertise in a text bubble that a consumer will receive 70 minutes of call time to the Philippines without stating a different rate to call a cell phone. However, in the table underneath the text bubbles, defendants advertise a different rate (40 minutes) for calls placed to a cell phone in the Philippines.

[2] Although all of the tested cards actually provided less than the number of minutes advertised in the text bubbles, *see* Attachment I, because three of the cards delivered within one minute of the advertised minutes, I treated these cards as having provided the advertised minutes in my analysis.

DECLARATION OF DANI STAGG                                                P a g e | **8**

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C.

Date: 5/11/2012

Dani Stagg

DECLARATION OF DANI STAGG                                                    Page | 9

# ATTACHMENT A



www.drphonecom.com





USE LOCAL ACCESS
FOR MORE MINUTES

card minute reaches zero. Calls originating from outside of the 48 contiguous U.S. states may incur an additional charge of up to $0.19 per minute. Card expires 180 days from first use; first use must be by 2012. Maximum per minute rate for calls within the U.S. is $0.09 per minute due to rounding to the next 3 minutes. Card minutes advertised or announced apply only to the first call. Fees and surcharges required by state and/or federal regulation, call types (cellular and international) and call durations reduce calling time. Surcharges and fees vary and are subject to change without notice. Charges for international calls vary by destination and are subject to change without notice. Calls to cellular phones are charged at rates higher than calls to non-cellular phones. For complete rate information call customer service at 1-877-772-1219.

**PIN** `797 2990 051`

**PIN** `909 1906 926`

**PIN** `272 7651 299`

**PIN** `725 7839 850`

Stagg Dec. Attach. A - 1



New Pinless Dialing

$5

**SUPER CLEAN**

Prepaid Phone Card

www.drphonecom.com

$5



**SUPER CLEAN**

Prepaid Phone Card




USE LOCAL ACCESS FOR MORE MINUTES

A surcharge of $0.99 applies to pay phone calls. Call times are rounded to the next 3-minute increment. A weekly maintenance fee of $0.99 applies within 24 hours of first use. At the end of each call in excess of four minute post call fee of $0.03 to $0.99 may apply depending on destination rates, unless card balance reaches zero. At end of each call, a call duration fee of up to 40% of the call amount will be deducted from your balance, unless card balance reaches zero. Calls originating from outside of the 48 contiguous U.S. states may incur an additional charge of up to $0.19 per minute. Card expires 180 days from first use; first use must be by 2012. Maximum minute rate for calls within the U.S. is $0.09 per minute due to rounding to the next 3 minutes. Card minute fees and surcharges required by state and/or federal regulation, call types (cellular and international) and call durations reduce calling time. Surcharges and fees and are subject to change without notice. Charges for international calls vary by destination and are subject to change without notice. Calls to cellular phones are charged at rates higher than calls to non-cellular phones. For complete rate information call customer service at 1-877-772-1219.

| Pinless dialing directions: | ENGLISH | NY FREEPORT BROOKLYN, QUEENS NYC NJ | SPANISH | ENGLISH | HI HONOLULU DE | SPANISH |
|---|---|---|---|---|---|---|
| Upon Prompting to Enter Authorization Code/Pin | 516-453-0152 718-831-7129 212-386-6667 | | 516-453-0152 718-883-3469 212-386-6667 | 808-664-3208 | HONOLULU DE GREENHILLE WILMINGTON CA | 808-664-3208 302-683-8338 302-683-8337 |
| Enter the authorization Code (Pin number) | 201-204-1356 973-273-3445 | JERSEY CITY NEWARK | 201-204-1357 973-273-3446 | 302-683-8338 302-683-8337 | | |
| Upon Prompting to Enter Destination Number | 973-879-4326 732-727-8688 | UNION CITY PATERSON NEWBRUNSWICK | 201-806-7329 973-879-4327 732-727-8689 | 484-834-9188 215-399-0684 215-399-2585 | ALLENTOWN PHILADELPHIA PHILADELPHIA | 484-834-9187 215-399-0585 215-319-8384 |
| Press #15 if t– your number | 617-674-4290 | MA BOSTON MA | 617-674-4291 | 716-384-9686 | READING CA SCRM MAIN | 484-588-1250 916-384-9677 |
| (This will associate your phone number with the Pin you entered earlier and you will hear the prompt: "Your pin is now associated with *Your number*) | 678-325-0079 404-238-3126 | ATLANTA GA ATLANTA DC | 678-325-0080 404-238-3130 | 209-241-5270 510-285-0901 510-396-0911 650-963-3790 | MODESTO OAKLAND PALO ALTO SACRAMENTO | 209-241-5268 510-285-0903 510-396-0912 916-384-9674 |
| | 202-715-1492 | WASHINGTON MD DAMASCUS LAUREL BALTIMORE | 202-715-1497 | 916-384-9676 707-508-4344 415-480-3973 408-513-3990 | SANTA ROSA SAN FRANCISCO SAN JOSE | 707-508-4346 415-480-3974 408-513-3977 |
| | 301-369-2044 301-575-8465 410-454-8104 | | 301-369-2045 301-575-9461 410-454-8105 | | | |

PIN  595 0260 410

1. DIAL THE ACCESS NUMBER
2. ENTER YOUR PIN
3. ENTER THE DESTINATION #
WWW.DRPHONECOM.COM

For calls in the U.S.CANADA & THE CARIBBEAN, DIAL 1 +
AREA CODE & PHONE #. FOR INTERNATIONAL CALLS,
DIAL 011 + COUNTRY CODE + PHONE NUMBER

| | Toll Free |
|---|---|
| English | 800-906-9582 |
| Spanish | 800-906-9581 |
| Mandarin | 800-906-9583 |
| Cantonese | 800-906-9584 |

Customer Service: 877-772-1219

20612-733

C

---

A surcharge of $0.99 applies to pay phone calls. Call times are rounded to the next 3-minute increment. A weekly maintenance fee of $0.99 applies within 24 hours of first use. At the end of each call in excess of four minute post call fee of $0.03 to $0.99 may apply depending on destination rates, unless card balance reaches zero. At end of each call, a call duration fee of up to 40% of the call amount will be deducted from your balance, unless card balance reaches zero. Calls originating from outside of the 48 contiguous U.S. states may incur an additional charge of up to $0.19 per minute. Card expires 180 days from first use; first use must be by 2012. Maximum minute rate for calls within the U.S. is $0.09 per minute due to rounding to the next 3 minutes. Card minute fees and surcharges required by state and/or federal regulation, call types (cellular and international) and call durations reduce calling time. Surcharges and fees and are subject to change without notice. Charges for international calls vary by destination and are subject to change without notice. Calls to cellular phones are charged at rates higher than calls to non-cellular phones. For complete rate information call customer service at 1-877-772-1219.

| Pinless dialing directions: | ENGLISH | NY FREEPORT BROOKLYN, QUEENS NYC NJ | SPANISH | ENGLISH | HI HONOLULU DE | SPANISH |
|---|---|---|---|---|---|---|
| Upon Prompting to Enter Authorization Code/Pin | 516-453-0152 718-831-7129 212-386-6667 | | 516-453-0152 718-883-3469 212-386-6667 | 808-664-3208 | HONOLULU DE GREENHILLE WILMINGTON CA | 808-664-3208 302-683-8338 302-683-8337 |
| Enter the authorization Code (Pin number) | 201-204-1356 973-273-3445 | JERSEY CITY NEWARK | 201-204-1357 973-273-3446 | 302-683-8338 302-683-8337 | | |
| Upon Prompting to Enter Destination Number | 973-879-4326 732-727-8688 | UNION CITY PATERSON NEWBRUNSWICK | 201-806-7329 973-879-4327 732-727-8689 | 484-834-9188 215-399-0684 215-399-2585 | ALLENTOWN PHILADELPHIA PHILADELPHIA | 484-834-9187 215-399-0585 215-319-8384 |
| Press #15 if t– your number | 617-674-4290 | MA BOSTON MA | 617-674-4291 | 716-384-9686 | READING CA SCRM MAIN | 484-588-1250 916-384-9677 |
| (This will associate your phone number with the Pin you entered earlier and you will hear the prompt: "Your pin is now associated with *Your number*) | 678-325-0079 404-238-3126 | ATLANTA GA ATLANTA DC | 678-325-0080 404-238-3130 | 209-241-5270 510-285-0901 510-396-0911 650-963-3790 | MODESTO OAKLAND PALO ALTO SACRAMENTO | 209-241-5268 510-285-0903 510-396-0912 916-384-9674 |
| | 202-715-1492 | WASHINGTON MD DAMASCUS LAUREL BALTIMORE | 202-715-1497 | 916-384-9676 707-508-4344 415-480-3973 408-513-3990 | SANTA ROSA SAN FRANCISCO SAN JOSE | 707-508-4346 415-480-3974 408-513-3977 |
| | 301-369-2044 301-575-8465 410-454-8104 | | 301-369-2045 301-575-9461 410-454-8105 | | | |

PIN  183 6656 451

1. DIAL THE ACCESS NUMBER
2. ENTER YOUR PIN
3. ENTER THE DESTINATION #
WWW.DRPHONECOM.COM

For calls in the U.S.CANADA & THE CARIBBEAN, DIAL 1 +
AREA CODE & PHONE #. FOR INTERNATIONAL CALLS,
DIAL 011 + COUNTRY CODE + PHONE NUMBER

| | Toll Free |
|---|---|
| English | 800-906-9582 |
| Spanish | 800-906-9581 |
| Mandarin | 800-906-9583 |
| Cantonese | 800-906-9584 |

Customer Service: 877-772-1219

20612-732

C

---

card balance reaches zero. Calls originating from outside of the 48 contiguous U.S. states may incur additional charge of up to $0.19 per minute. Card expires 180 days from first use; first use must be by 2012. Maximum minute rate for calls within the U.S. is $0.09 per minute due to rounding to the next 3 minutes. Card minute fees and surcharges required by state and/or federal regulation, call types (cellular and international) and call durations reduce calling time. Surcharges and fees and are subject to change without notice. Charges for international calls vary by destination and are subject to change without notice. Calls to cellular phones are charged at rates higher than calls to non-cellular phones. For complete rate information call customer service at 1-877-772-1219.

| Pinless dialing directions: | ENGLISH | NY FREEPORT BROOKLYN, QUEENS NYC NJ | SPANISH | ENGLISH | HI HONOLULU DE | SPANISH |
|---|---|---|---|---|---|---|
| Upon Prompting to Enter Authorization Code/Pin | 516-453-0152 718-831-7129 212-386-6667 | | 516-453-0152 718-883-3469 212-386-6667 | 808-664-3208 | HONOLULU DE GREENHILLE WILMINGTON CA | 808-664-3208 302-683-8338 302-683-8337 |
| Enter the authorization Code (Pin number) | 201-204-1356 973-273-3445 | JERSEY CITY NEWARK | 201-204-1357 973-273-3446 | 302-683-8338 302-683-8337 | | |
| Upon Prompting to Enter Destination Number | 973-879-4326 732-727-8688 | UNION CITY PATERSON NEWBRUNSWICK | 201-806-7329 973-879-4327 732-727-8689 | 484-834-9188 215-399-0684 215-399-2585 | ALLENTOWN PHILADELPHIA PHILADELPHIA | 484-834-9187 215-399-0585 215-319-8384 |
| Press #15 if t– your number | 617-674-4290 | MA BOSTON MA | 617-674-4291 | 716-384-9686 | READING CA SCRM MAIN | 484-588-1250 916-384-9677 |
| (This will associate your phone number with the Pin you entered earlier and you will hear the prompt: "Your pin is now associated with *Your number*) | 678-325-0079 404-238-3126 | ATLANTA GA ATLANTA DC | 678-325-0080 404-238-3130 | 209-241-5270 510-285-0901 510-396-0911 650-963-3790 | MODESTO OAKLAND PALO ALTO SACRAMENTO | 209-241-5268 510-285-0903 510-396-0912 916-384-9674 |
| | 202-715-1492 | WASHINGTON MD DAMASCUS LAUREL BALTIMORE | 202-715-1497 | 916-384-9676 707-508-4344 415-480-3973 408-513-3990 | SANTA ROSA SAN FRANCISCO SAN JOSE | 707-508-4346 415-480-3974 408-513-3977 |
| | 301-369-2044 301-575-8465 410-454-8104 | | 301-369-2045 301-575-9461 410-454-8105 | | | |

PIN  915 8986 050

1. DIAL THE ACCESS NUMBER
2. ENTER YOUR PIN
3. ENTER THE DESTINATION #
WWW.DRPHONECOM.COM

| | Toll Free |
|---|---|
| English | 800-906-9582 |
| Spanish | 800-906-9581 |
| Mandarin | 800-906-9583 |
| Cantonese | 800-906-9584 |

Customer Service: 877-772-1219

20612-729

C

---

post call fee of $0.03 to $0.99 may apply depending on destination rates, unless card balance reaches zero. At the end of each call, a call duration fee of up to 40% of the call amount will be deducted from your balance, unless card balance reaches zero. Calls originating from outside of the 48 contiguous U.S. states may incur an additional charge of up to $0.19 per minute. Card expires 180 days from first use; first use must be by 2012. Maximum minute rate for calls within the U.S. is $0.09 per minute due to rounding to the next 3 minutes. Card minute fees and surcharges required by state and/or federal regulation, call types (cellular and international) and call durations reduce calling time. Surcharges and fees and are subject to change without notice. Charges for international calls vary by destination and are subject to change without notice. For complete rate information call customer service at 1-877-772-1219.

| Pinless dialing directions: | ENGLISH | NY FREEPORT BROOKLYN, QUEENS NYC NJ | SPANISH | ENGLISH | HI HONOLULU DE | SPANISH |
|---|---|---|---|---|---|---|
| Upon Prompting to Enter Authorization Code/Pin | 516-453-0152 718-831-7129 212-386-6667 | | 516-453-0152 718-883-3469 212-386-6667 | 808-664-3208 | HONOLULU DE GREENHILLE WILMINGTON CA | 808-664-3208 302-683-8338 302-683-8337 |
| Enter the authorization Code (Pin number) | 201-204-1356 973-273-3445 | JERSEY CITY NEWARK | 201-204-1357 973-273-3446 | 302-683-8338 302-683-8337 | | |
| Upon Prompting to Enter Destination Number | 973-879-4326 732-727-8688 | UNION CITY PATERSON NEWBRUNSWICK | 201-806-7329 973-879-4327 732-727-8689 | 484-834-9188 215-399-0684 215-399-2585 | ALLENTOWN PHILADELPHIA PHILADELPHIA | 484-834-9187 215-399-0585 215-319-8384 |
| Press #15 if t– your number | 617-674-4290 | MA BOSTON MA | 617-674-4291 | 716-384-9686 | READING CA SCRM MAIN | 484-588-1250 916-384-9677 |
| (This will associate your phone number with the Pin you entered earlier and you will hear the prompt: "Your pin is now associated with *Your number*) | 678-325-0079 404-238-3126 | ATLANTA GA ATLANTA DC | 678-325-0080 404-238-3130 | 209-241-5270 510-285-0901 510-396-0911 650-963-3790 | MODESTO OAKLAND PALO ALTO SACRAMENTO | 209-241-5268 510-285-0903 510-396-0912 916-384-9674 |
| | 202-715-1492 | WASHINGTON MD DAMASCUS LAUREL BALTIMORE | 202-715-1497 | 916-384-9676 707-508-4344 415-480-3973 408-513-3990 | SANTA ROSA SAN FRANCISCO SAN JOSE | 707-508-4346 415-480-3974 408-513-3977 |
| | 301-369-2044 301-575-8465 410-454-8104 | | 301-369-2045 301-575-9461 410-454-8105 | | | |

PIN  422 7126 162

1. DIAL THE ACCESS NUMBER
2. ENTER YOUR PIN
3. ENTER THE DESTINATION #
WWW.DRPHONECOM.COM

For calls in the U.S.CANADA & THE CARIBBEAN, DIAL 1 +
AREA CODE & PHONE #. FOR INTERNATIONAL CALLS,
DIAL 011 + COUNTRY CODE + PHONE NUMBER

| | Toll Free |
|---|---|
| English | 800-906-9582 |
| Spanish | 800-906-9581 |
| Mandarin | 800-906-9583 |
| Cantonese | 800-906-9584 |

Customer Service: 877-772-121

20612-731

C

Stagg Dec. Attach. A - 2













DR phonecom.com — USE LOCAL ACCESS FOR MORE MINUTES

SUPER CLEAN

A surcharge of $0.99 applies to pay phone calls. Call times are rounded to the next 3-minute increment. A weekly maintenance fee of $0.99 applies within 24 hours of first use. At the end of each call in excess of four minutes, a post call fee of $0.03 to $0.99 may apply depending on destination rates, unless card balance reaches zero. At the end of each call, a call duration fee of up to 40% of the call amount will be deducted from your balance, unless card balance reaches zero. Calls originating from outside of the 48 contiguous U.S. states may incur an additional charge of up to $0.19 per minute. Card expires 180 days from first use; first use must be by 2012. Maximum per minute rate for calls within the U.S. is $0.09 per minute due to rounding to the next 3 minutes. Card minutes advertised or announced apply only to the first call. Fees and surcharges required by state and/or federal regulation, call types (cellular and international) and call durations reduce calling time. Surcharges and fees vary and are subject to change without notice. Charges for international calls vary by destination and are subject to change without notice. Calls to cellular phones are charged at rates higher than calls to non-cellular phones. For complete rate information call customer service at 1-877-772-1219.

PIN 992 8249 640

PIN 828 2326 282

PIN 581 7529 167

PIN 595 6920 038

PIN 384 2015 346

PIN 596 9181 645

1. DIAL THE ACCESS NUMBER
2. ENTER YOUR PIN
3. ENTER THE DESTINATION #
WWW.DRPHONECOM.COM
For calls in the U.S./CANADA & THE CARIBBEAN, DIAL 1 + AREA CODE & PHONE #. FOR INTERNATIONAL CALLS, DIAL 011 + COUNTRY CODE + PHONE NUMBER
Customer Service: 877-772-1219

Toll Free
English 800-908-9562
Spanish 800-908-9563
Mandarin 800-908-9564
Cantonese 800-908-9584

20612-742 C
20612-745 C
20612-741 C
20612-744 C
20612-740 C
TRO Ex. 1 - Page 0013
Stagg Dec. Attach. A - 4









USE LOCAL ACCESS FOR MORE MINUTES

A surcharge of $0.99 applies to pay phone calls. Call times are rounded to the next 3-minute increment. A weekly post card fee of $0.35 to $0.99 may apply depending on destination rates, unless card balance reaches zero. At the end of each call, a call duration fee of up to 40% of the call amount will be deducted from your balance, unless card balance reaches zero. Calls originating from outside of the 48 contiguous U.S. states may incur an additional charge of up to $0.19 per minute. Card expires 180 days from first use; first use must be by 2012. Maximum per minute rate for calls within the U.S. is $0.09 per minute due to rounding to the next 3 minutes. Other minutes advertised or announced apply only to the first call. Fees and surcharges required by state and/or federal regulation, call types (cellular and international) and call durations reduce calling time. Surcharges and fees vary and are subject to change without notice. Charges for international calls vary by destination and are subject to change without notice. Calls to cellular phones are charged at rates higher than calls to non-cellular phones. For complete rate information call customer service at 1-877-772-1219.

PIN  433 8405 781
Toll Free
English  800-906-9562
Spanish  800-906-9561
Mandarin  800-906-9563
Cantonese  800-906-9564
Customer Service: 877-772-1219
20612-749
WWW.DRPHONECOM.COM

PIN  580 5339 187
Toll Free
English  800-906-9562
Spanish  800-906-9561
Mandarin  800-906-9563
Cantonese  800-906-9564
Customer Service: 877-772-1219
20612-748
WWW.DRPHONECOM.COM

PIN  554 1551 845
Toll Free
English  800-906-9562
Spanish  800-906-9561
Mandarin  800-906-9563
Cantonese  800-906-9564
Customer Service: 877-772-1219
20612-746
WWW.DRPHONECOM.COM

PIN  350 2770 160
Toll Free
English  800-906-9562
Spanish  800-906-9561
Mandarin  800-906-9563
Cantonese  800-906-9564
Customer Service: 877-772-1219
20612-750
WWW.DRPHONECOM.COM

PIN  597 2784 788
Toll Free
English  800-906-9562
Spanish  800-906-9561
Mandarin  800-906-9563
Cantonese  800-906-9564
Customer Service: 877-772-1219
20612-747
WWW.DRPHONECOM.COM

# ATTACHMENT B





Stagg Dec. Attach. B - 1



Stagg Dec. Attach. B - 2









Stagg Dec. Attach. B - 5

TRO Ex. 1 - Page 0019





Stagg Dec. Attach. B - 6



Stagg Dec. Attach. B - 7





# ATTACHMENT C





Stagg Dec. Attach. C - 1

TRO Ex. 1 - Page 0023





Stagg Dec. Attach. C - 2









Stagg Dec. Attach. C - 4

# ATTACHMENT D



$5

# CHEAP TALK

## PREPAID PHONECARD

LIBERTY

**New Pinless Dialing** 2002

www.drphonecom.com

# CHEAP TALK $5

## PREPAID PHONECARD

New Pinless Dialing 2002

www.drphonecom.com

Toll-Free customer service number 877-772-1219 Service provided by DPE
RETAIN TOP PACKAGING FOR YOUR REFERENCE ON FEE INFORMATION.

PIN# ➤ 4915 3934 4361

Customer Service: 1-877-772-1219 | www.drphonecom.com | Service Provided by DPE

456005-72287

DR phonecom.com

UM LOCAL ACCESS FOR MORE MINUTES

Prompted minutes are only available when using the entire balance of the card on a single call...

PIN# ➤ 4349 2944 4722

Customer Service: 1-877-772-1219 | www.drphonecom.com | Service Provided by DPE

456005-72243

PIN# ➤ 4849 4903 8332

Customer Service: 1-877-772-1219 | www.drphonecom.com | Service Provided by DPE

456005-72847







DR phonecom.com

**CHEAP TALK**
**PREPAID PHONECARD**
$5

LIBERTY

**New Pinless Dialing**
2002

www.drphonecom.com

USE LOCAL ACCESS FOR MORE MINUTES

RETAIN TOP PACKAGING FOR YOUR REFERENCE OR FEE INFORMATION.

USA 888 Access 1-888-453-5032
Queens (718) 301-0807
NYC (646) 224-0260

PIN# > 4240 5590 4462

1. Dial the access number.
2. Enter your Pin number.
3. Enter the destination number.
4. To make another call, DO NOT hang up, press # 1 then dial new number.

NEW! PINLESS DIALING!
Instructions
1. Dial the access number.
2. Enter your PIN number and press #1 5##.
3. When prompted enter your destination number.
Next time you dial your access number from this phone you will no longer need to enter pin #.
Remove Pin
Dial the access number
Press #164#
The Pin is now removed.

Customer Service: 1-877-772-1219 | www.drphonecom.com | Service Provided by DPE
456005-72840

RETAIN TOP PACKAGING FOR YOUR REFERENCE OR FEE INFORMATION.

USA 888 Access 1-888-453-5032
Queens (718) 301-0807
NYC (646) 224-0260

PIN# > 4585 6470 1613

Customer Service: 1-877-772-1219 | www.drphonecom.com | Service Provided by DPE
456005-72838

RETAIN TOP PACKAGING FOR YOUR REFERENCE OR FEE INFORMATION.

USA 888 Access 1-888-453-5032
Queens (718) 301-0807
NYC (646) 224-0260

PIN# > 4124 1848 2517

Customer Service: 1-877-772-1219 | www.drphonecom.com | Service Provided by DPE
456005-72839

Stagg Dec. Attach. D - 4



Stagg Dec. Attach. D - 5





Stagg Dec. Attach. D - 6





Stagg Dec. Attach. D - 7

# ATTACHMENT E





# ATTACHMENT F









# ATTACHMENT G





# ATTACHMENT H





tagg Dec. Attach. H - 2



# ATTACHMENT I

| Card Name | Pin | Country | Call Type | Meth od | Wave | Prompted Hours | Prompted Minutes | Prompted Seconds | Total Prompted Min. | Total Calls | Delivered Hours | Delivered Min. | Delivered Sec. | Total Delivered Min. | Poster Min. | % of Ad. Minutes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cheap Talk | 440426336734 | Mexico | C | M | 1 | 0 | 13 | 13 | 13.22 | 1 | 0 | 9 | 48 | 9.80 | 1,000 | 0.98% |
| Cheap Talk | 484949038332 | Mexico | C | M | 1 | 0 | 13 | 13 | 13.22 | 1 | 0 | 9 | 50 | 9.83 | 1,000 | 0.98% |
| Cheap Talk | 491539344361 | Mexico | C | M | 1 | 0 | 13 | 13 | 13.22 | 1 | 0 | 10 | 17 | 10.28 | 1,000 | 1.03% |
| Call Me | 427901289086 | Mexico | C | M | 2 | 0 | 16 | 56 | 16.93 | 1 | 0 | 9 | 50 | 9.83 | 600 | 1.64% |
| Call Me | 498245226010 | Mexico | C | M | 2 | 0 | 16 | 56 | 16.93 | 1 | 0 | 9 | 50 | 9.83 | 600 | 1.64% |
| 1 cent World | 426144224288 | Mexico | C | M | 1 | 0 | 14 | 46 | 14.77 | 1 | 0 | 9 | 58 | 9.97 | 500 | 1.99% |
| 1 cent World | 412007299349 | Mexico | C | M | 1 | 0 | 14 | 46 | 14.77 | 1 | 0 | 11 | 47 | 11.78 | 500 | 2.36% |
| 1 cent World | 471652964596 | Mexico | C | M | 1 | 0 | 14 | 46 | 14.77 | 2 | 0 | 11 | 52 | 11.87 | 500 | 2.37% |
| 1 cent World | 405046101339 | Mexico | C | M | 1 | 0 | 14 | 46 | 14.77 | 2 | 0 | 11 | 53 | 11.88 | 500 | 2.38% |
| 1 cent World | 412554498452 | Mexico | C | M | 1 | 0 | 14 | 46 | 14.77 | 2 | 0 | 11 | 53 | 11.88 | 500 | 2.38% |
| 1 cent World | 441607181600 | Mexico | C | M | 1 | 0 | 14 | 16 | 14.27 | 2 | 0 | 11 | 53 | 11.88 | 500 | 2.38% |
| 1 cent World | 452517681905 | Mexico | C | M | 1 | 0 | 14 | 46 | 14.77 | 2 | 0 | 12 | 54 | 12.90 | 500 | 2.58% |
| One Cent World | 7641794273 | Mexico | C | M | 2 | 0 | 25 | 56 | 25.00 | 3 | 0 | 13 | 21 | 13.35 | 500 | 2.67% |
| Call Me | 430722265462 | Mexico | C | S | 2 | 0 | 16 | 56 | 16.93 | 1 | 0 | 16 | 57 | 16.95 | 600 | 2.83% |
| Call Me | 499260514539 | Mexico | C | S | 2 | 0 | 16 | 56 | 16.93 | 1 | 0 | 16 | 57 | 16.95 | 600 | 2.83% |
| Cheap Talk | 419270226548 | Mexico | C | M | 2 | 0 | 45 | 0 | 45.00 | 3 | 0 | 29 | 36 | 29.60 | 1,000 | 2.96% |
| Call Me | 424837724009 | Mexico | C | M | 1 | 9 | 52 | 57 | 592.95 | 2 | 0 | 19 | 38 | 19.63 | 650 | 3.02% |
| One Cent World | 61015583305 | Mexico | C | M | 2 | 0 | 25 | 0 | 25.00 | 2 | 0 | 15 | 9 | 15.15 | 500 | 3.03% |
| One Cent World | 8881592683 | Mexico | C | M | 2 | 0 | 25 | 0 | 25.00 | 2 | 0 | 18 | 32 | 18.53 | 500 | 3.71% |
| One Cent World | 5973041419 | Mexico | C | M | 2 | 0 | 25 | 0 | 25.00 | 2 | 0 | 18 | 44 | 18.73 | 500 | 3.75% |
| One Cent World | 9142716103 | Mexico | C | M | 2 | 0 | 25 | 0 | 25.00 | 2 | 0 | 18 | 45 | 18.75 | 500 | 3.75% |
| Go Green | 488824909093 | Mexico | C | M | 2 | 1 | 0 | 0 | 60.00 | 5 | 0 | 32 | 41 | 32.68 | 800 | 4.09% |
| Go Green | 485333885293 | Mexico | C | M | 2 | 1 | 0 | 0 | 60.00 | 6 | 0 | 33 | 6 | 33.10 | 800 | 4.14% |
| One Cent World | 9330423704 | Mexico | C | M | 2 | 0 | 25 | 0 | 25.00 | 3 | 0 | 22 | 18 | 22.30 | 500 | 4.46% |
| One Cent World | 8214698843 | Mexico | C | M | 2 | 0 | 25 | 0 | 25.00 | 3 | 0 | 23 | 39 | 23.65 | 500 | 4.73% |
| One Cent World | 6733712224 | Mexico | C | S | 2 | 0 | 25 | 0 | 25.00 | 1 | 0 | 25 | 0 | 25.00 | 500 | 5.00% |
| One Cent World | 7052830568 | Mexico | C | S | 2 | 0 | 25 | 0 | 25.00 | 1 | 0 | 25 | 0 | 25.00 | 500 | 5.00% |
| One Cent World | 9151127047 | Mexico | C | S | 2 | 0 | 25 | 0 | 25.00 | 1 | 0 | 25 | 0 | 25.00 | 500 | 5.00% |
| Go Green | 495566906241 | Mexico | C | M | 2 | 1 | 0 | 0 | 60.00 | 4 | 0 | 42 | 58 | 42.97 | 800 | 5.37% |
| Go Green | 492353545219 | Mexico | C | M | 2 | 1 | 0 | 0 | 60.00 | 2 | 0 | 48 | 47 | 48.78 | 800 | 6.10% |
| Go Green | 490298103973 | Mexico | C | M | 2 | 1 | 0 | 0 | 60.00 | 2 | 0 | 58 | 48 | 58.80 | 800 | 7.35% |
| Cheap Talk | 426217471899 | Mexico | C | S | 2 | 0 | 45 | 0 | 45.00 | 1 | 0 | 45 | 0 | 45.00 | 600 | 7.50% |
| Call Me | 408480224150 | Mexico | L | M | 1 | 9 | 25 | 57 | 565.95 | 8 | 1 | 19 | 8 | 79.13 | 660 | 12.17% |
| Cheap Talk | 413288823396 | Mexico | L | M | 2 | 15 | 50 | 1 | 950.02 | 14 | 2 | 13 | 37 | 133.62 | 1,000 | 13.36% |
| Cheap Talk | 415226172329 | Mexico | L | M | 1 | 15 | 50 | 1 | 950.02 | 17 | 2 | 19 | 2 | 139.03 | 1,000 | 13.90% |
| Cheap Talk | 434929444722 | Mexico | L | M | 1 | 14 | 30 | 26 | 870.43 | 15 | 2 | 27 | 35 | 147.58 | 1,000 | 14.76% |
| Cheap Talk | 438393523253 | Philipines | L | M | 2 | 0 | 39 | 7 | 39.12 | 3 | 0 | 11 | 25 | 11.42 | 70 | 16.31% |
| Cheap Talk | 497893651771 | Mexico | L | M | 1 | 14 | 30 | 26 | 870.43 | 18 | 2 | 43 | 27 | 163.45 | 1,000 | 16.35% |
| Cheap Talk | 473125441972 | Mexico | L | M | 1 | 14 | 30 | 26 | 870.43 | 18 | 2 | 45 | 9 | 165.15 | 1,000 | 16.52% |
| Go Green | 484611119916 | Mexico | L | M | 2 | 15 | 5 | 5 | 900.08 | 16 | 2 | 15 | 4 | 135.07 | 800 | 16.88% |
| Call Me | 421288915212 | Mexico | L | S | 2 | 9 | 25 | 13 | 565.22 | 13 | 1 | 42 | 30 | 102.50 | 600 | 17.08% |
| Go Green | 478253205200 | Mexico | L | M | 2 | 15 | 0 | 5 | 900.08 | 16 | 2 | 21 | 14 | 141.23 | 800 | 17.65% |
| Go Green | 484683225551 | Mexico | L | M | 2 | 15 | 0 | 5 | 900.08 | 15 | 2 | 21 | 56 | 141.93 | 800 | 17.74% |
| Go Green | 460272590927 | Mexico | L | M | 2 | 15 | 0 | 5 | 900.08 | 16 | 2 | 33 | 47 | 153.78 | 800 | 19.22% |
| Go Green | 462168345633 | Mexico | L | M | 2 | 15 | 0 | 5 | 900.08 | 17 | 2 | 35 | 41 | 155.68 | 800 | 19.46% |
| Cheap Talk | 438285366364 | Philipines | L | M | 2 | 0 | 39 | 13 | 39.12 | 10 | 0 | 14 | 2 | 14.03 | 70 | 20.05% |
| Call Me | 418886378898 | Mexico | L | M | 2 | 9 | 25 | 13 | 565.22 | 14 | 2 | 5 | 5 | 125.08 | 600 | 20.85% |

Stagg Dec. Attach. I - 1

| Card Name | Pin | Country | Call Type | Meth od | Wave | Prompted Hours | Prompted Minutes | Prompted Seconds | Total Prompted Min. | Total Calls | Delivered Hours | Delivered Min. | Delivered Sec. | Total Delivered Min. | Poster Min. | % of Ad. Minutes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Call Me | 485496930237 | Mexico | L | M | 1 | 9 | 25 | 57 | 565.95 | 14 | 2 | 18 | 10 | 138.17 | 650 | 21.26% |
| Call Me | 437031773804 | Philipines | L | M | 1 | 1 | 0 | 52 | 60.87 | 7 | 0 | 15 | 3 | 15.05 | 70 | 21.50% |
| Call Me | 404640843385 | China | C | M | 2 | 10 | 8 | 38 | 608.63 | 20 | 2 | 37 | 10 | 157.17 | 700 | 22.45% |
| Call Me | 403134104672 | China | L | M | 2 | 10 | 8 | 38 | 608.63 | 18 | 2 | 45 | 27 | 165.45 | 700 | 23.64% |
| Cheap Talk | 406173351499 | China | C | M | 2 | 11 | 39 | 59 | 699.98 | 19 | 3 | 6 | 50 | 186.83 | 750 | 24.91% |
| Cheap Talk | 406991599549 | China | L | M | 2 | 11 | 39 | 59 | 699.98 | 21 | 3 | 12 | 27 | 192.45 | 750 | 25.66% |
| Cheap Talk | 441938077136 | China | L | M | 1 | 10 | 52 | 49 | 652.82 | 21 | 3 | 16 | 2 | 196.03 | 750 | 26.14% |
| Cheap Talk | 409048321245 | Philippines | C | M | 1 | 0 | 39 | 10 | 39.17 | 3 | 0 | 19 | 40 | 19.67 | 75 | 26.22% |
| Cheap Talk | 425143710000 | China | L | M | 1 | 10 | 52 | 49 | 652.82 | 21 | 3 | 16 | 50 | 196.83 | 750 | 26.24% |
| Cheap Talk | 457628818125 | China | L | M | 1 | 10 | 52 | 49 | 652.82 | 20 | 3 | 16 | 52 | 196.87 | 750 | 26.25% |
| Super Clean | 72257839850 | China | L | M | 1 | 6 | 57 | 0 | 417.00 | 12 | 1 | 50 | 22 | 110.37 | 416 | 26.53% |
| Call Me | 405034564953 | China | C | M | 2 | 10 | 8 | 38 | 608.63 | 20 | 3 | 6 | 50 | 186.83 | 700 | 26.69% |
| Call Me | 403710973126 | China | L | M | 2 | 10 | 8 | 38 | 608.63 | 21 | 3 | 6 | 50 | 186.83 | 700 | 26.69% |
| Call Me | 489201494044 | China | L | M | 1 | 10 | 9 | 22 | 609.37 | 19 | 3 | 7 | 0 | 187.00 | 700 | 26.71% |
| Super Clean | 9158988050 | China | L | M | 1 | 6 | 57 | 57 | 417.00 | 12 | 1 | 51 | 57 | 111.95 | 416 | 26.91% |
| Go Green | 454337096291 | China | C | M | 2 | 13 | 44 | 56 | 824.93 | 22 | 3 | 35 | 40 | 215.67 | 800 | 26.96% |
| Go Green | 450170992185 | China | C | M | 2 | 13 | 44 | 56 | 824.93 | 22 | 3 | 36 | 21 | 216.35 | 800 | 27.04% |
| Super Clean | 79729900051 | China | L | M | 1 | 6 | 57 | 57 | 417.00 | 13 | 1 | 52 | 46 | 112.77 | 416 | 27.11% |
| Call Me | 456383373004 | Philipines | C | M | 2 | 0 | 43 | 28 | 43.47 | 2 | 0 | 19 | 41 | 19.68 | 70 | 28.12% |
| Call Me | 449737205943 | Philipines | C | M | 1 | 0 | 43 | 31 | 43.52 | 5 | 0 | 19 | 43 | 19.72 | 70 | 28.17% |
| Call Me | 454080037775 | Philipines | C | M | 2 | 0 | 43 | 28 | 43.47 | 2 | 0 | 19 | 47 | 19.78 | 70 | 28.26% |
| Call Me | 464681129593 | Philipines | C | M | 2 | 0 | 43 | 43 | 43.47 | 3 | 0 | 19 | 50 | 19.83 | 70 | 28.33% |
| Call Me | 447027564273 | China | C | M | 1 | 10 | 9 | 22 | 609.37 | 22 | 3 | 19 | 9 | 199.15 | 700 | 28.45% |
| Go Green | 427606062069 | China | C | M | 2 | 14 | 10 | 49 | 850.05 | 24 | 3 | 50 | 1 | 230.02 | 800 | 28.75% |
| Cheap Talk | 406253613596 | China | L | M | 2 | 11 | 39 | 59 | 699.98 | 22 | 3 | 36 | 20 | 216.33 | 750 | 28.84% |
| Call Me | 446924448555 | China | C | M | 1 | 10 | 9 | 22 | 609.37 | 23 | 3 | 23 | 10 | 202.17 | 700 | 28.88% |
| Call Me | 407029579954 | China | L | M | 1 | 10 | 9 | 22 | 609.37 | 21 | 3 | 23 | 35 | 203.58 | 700 | 29.08% |
| Cheap Talk | 467234274342 | Philipines | C | M | 2 | 0 | 39 | 7 | 39.12 | 5 | 0 | 22 | 10 | 22.00 | 75 | 29.33% |
| Go Green | 434560255796 | China | C | M | 2 | 13 | 44 | 56 | 824.93 | 26 | 3 | 56 | 0 | 236.60 | 800 | 29.50% |
| Go Green | 405030509411 | China | C | M | 2 | 14 | 10 | 3 | 850.05 | 24 | 3 | 56 | 30 | 236.50 | 800 | 29.56% |
| Cheap Talk | 409437762560 | China | C | M | 1 | 11 | 39 | 59 | 699.98 | 25 | 3 | 43 | 0 | 223.00 | 750 | 29.73% |
| Go Green | 415426834560 | China | C | M | 2 | 14 | 10 | 3 | 850.05 | 26 | 3 | 59 | 17 | 239.28 | 800 | 29.91% |
| Cheap Talk | 450161024870 | China | C | M | 1 | 10 | 52 | 49 | 652.82 | 25 | 3 | 46 | 9 | 226.15 | 750 | 30.15% |
| Cheap Talk | 467576466950 | China | L | M | 1 | 10 | 52 | 49 | 652.82 | 23 | 3 | 46 | 10 | 226.17 | 750 | 30.16% |
| Cheap Talk | 490408759399 | China | C | M | 1 | 10 | 52 | 49 | 652.82 | 23 | 3 | 46 | 15 | 226.25 | 750 | 30.17% |
| Go Green | 434307468521 | China | C | M | 2 | 13 | 44 | 56 | 824.93 | 25 | 4 | 5 | 50 | 245.83 | 800 | 30.73% |
| Go Green | 403015937213 | China | C | M | 2 | 14 | 10 | 3 | 850.05 | 26 | 4 | 7 | 10 | 247.17 | 800 | 30.90% |
| Go Green | 456632173058 | China | C | M | 2 | 13 | 44 | 56 | 824.93 | 28 | 4 | 8 | 20 | 248.33 | 800 | 31.04% |
| Go Green | 421113867138 | China | C | M | 2 | 14 | 10 | 3 | 850.05 | 26 | 4 | 16 | 5 | 256.08 | 800 | 32.01% |
| Cheap Talk | 465829936870 | Philipines | C | M | 1 | 0 | 39 | 39 | 39.12 | 3 | 0 | 24 | 19 | 24.32 | 75 | 32.42% |
| Cheap Talk | 421211667184 | Philippines | C | M | 1 | 0 | 39 | 10 | 39.17 | 4 | 0 | 24 | 30 | 24.50 | 75 | 32.67% |
| Cheap Talk | 462506361128 | Philippines | C | M | 2 | 0 | 39 | 7 | 39.12 | 3 | 0 | 24 | 39 | 24.65 | 75 | 32.87% |
| Cheap Talk | 440743925963 | Philippines | L | M | 2 | 0 | 39 | 7 | 39.12 | 3 | 0 | 24 | 23 | 24.38 | 70 | 34.83% |
| Cheap Talk | 458564701613 | Philippines | L | M | 1 | 0 | 39 | 10 | 39.17 | 3 | 0 | 29 | 12 | 29.20 | 75 | 38.93% |
| Cheap Talk | 412418482517 | Philippines | L | M | 1 | 0 | 39 | 10 | 39.17 | 3 | 0 | 29 | 17 | 29.28 | 75 | 39.04% |
| Call Me | 487375509044 | Philipines | L | M | 2 | 1 | 0 | 52 | 60.87 | 3 | 0 | 29 | 30 | 29.50 | 70 | 42.14% |
| Call Me | 497441771143 | Philipines | L | M | 2 | 1 | 0 | 52 | 60.87 | 3 | 0 | 29 | 30 | 29.50 | 70 | 42.14% |

| Card Name | Pin | Country | Call Type | Meth od | Wave | Prompted Hours | Prompted Minutes | Prompted Seconds | Total Prompted Min. | Total Calls | Delivered Hours | Delivered Min. | Delivered Sec. | Total Delivered Min. | Poster Min. | % of Ad. Minutes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Call Me | 441873745211 | Philippines | L | M | 2 | 1 | 0 | 52 | 60.87 | 3 | 0 | 29 | 30 | 29.50 | 70 | 42.14% |
| Call Me | 436507213969 | Philippines | L | M | 1 | 1 | 55 | 0 | 115.00 | 3 | 0 | 29 | 33 | 29.55 | 70 | 42.21% |
| Call Me | 496571455143 | Philippines | L | M | 2 | 1 | 0 | 52 | 60.87 | 3 | 0 | 30 | 18 | 30.30 | 70 | 43.29% |
| Super Clean | 22310823303 | China | C | M | 1 | 6 | 57 | 0 | 417.00 | 25 | 3 | 3 | 16 | 183.27 | 416 | 44.05% |
| Cheap Talk | 404674058560 | Phillipines | C | M | 1 | 0 | 39 | 10 | 39.17 | 2 | 0 | 33 | 29 | 33.48 | 75 | 44.64% |
| Cheap Talk | 424055904462 | Phillipines | L | M | 1 | 0 | 39 | 10 | 39.17 | 2 | 0 | 35 | 14 | 35.23 | 75 | 46.98% |
| Super Clean | 58175291167 | Guatemala | C | M | 1 | - | - | - | #VALUE! | 2 | 0 | 26 | 57 | 26.95 | 54 | 49.91% |
| Cheap Talk | 469461710512 | Philipines | C | M | 2 | 0 | 39 | 7 | 39.12 | 2 | 0 | 37 | 52 | 37.87 | 75 | 50.49% |
| Cheap Talk | 443036712982 | Phillipines | L | M | 1 | 0 | 39 | 10 | 39.17 | 1 | 0 | 39 | 5 | 39.08 | 54 | 52.11% |
| Cheap Talk | 456402094248 | Phillipines | L | S | 1 | 0 | 39 | 10 | 39.17 | 1 | 0 | 39 | 6 | 39.10 | 75 | 52.13% |
| Cheap Talk | 487286189415 | Phillipines | L | S | 1 | 0 | 39 | 7 | 39.12 | 1 | 0 | 39 | 7 | 39.12 | 75 | 52.16% |
| Cheap Talk | 441503432304 | Philipines | L | S | 2 | 0 | 39 | 7 | 39.12 | 1 | 0 | 39 | 7 | 39.12 | 75 | 52.16% |
| Cheap Talk | 447206172286 | Phillipines | L | S | 2 | 0 | 39 | 7 | 39.12 | 1 | 0 | 39 | 7 | 39.12 | 75 | 52.16% |
| Cheap Talk | 460456948523 | Phillipines | L | S | 2 | 0 | 39 | 7 | 39.12 | 1 | 0 | 39 | 7 | 39.12 | 75 | 52.16% |
| Cheap Talk | 474855125977 | Phillipines | C | S | 2 | 0 | 39 | 7 | 39.12 | 1 | 0 | 39 | 18 | 39.30 | 75 | 52.40% |
| Cheap Talk | 481711031690 | Philipines | C | S | 2 | 0 | 39 | 7 | 39.12 | 1 | 0 | 39 | 23 | 39.38 | 75 | 52.51% |
| Super clean | 9928249640 | Guatemala | L | M | 1 | 0 | 31 | 0 | 31.00 | 4 | 0 | 29 | 50 | 29.83 | 54 | 55.25% |
| Super Clean | 9091906926 | China | C | M | 1 | 6 | 57 | 0 | 417.00 | 32 | 3 | 54 | 9 | 234.15 | 416 | 56.29% |
| Super Clean | 2727651299 | China | C | M | 1 | 6 | 57 | 0 | 417.00 | 27 | 3 | 56 | 45 | 236.75 | 416 | 56.91% |
| One Cent World | 5613417115 | Mexico | L | M | 2 | 8 | 20 | 0 | 500.00 | 39 | 4 | 50 | 58 | 290.97 | 500 | 58.19% |
| One Cent World | 5681065346 | Mexico | L | M | 2 | 8 | 20 | 0 | 500.00 | 40 | 4 | 54 | 15 | 294.25 | 500 | 58.85% |
| 1 cent World | 406951749731 | China | C | M | 1 | 7 | 20 | 27 | 440.45 | 36 | 5 | 1 | 59 | 301.98 | 500 | 60.40% |
| 1 cent World | 472922602492 | China | L | M | 1 | 7 | 20 | 27 | 440.45 | 32 | 5 | 4 | 48 | 304.80 | 500 | 60.96% |
| 1 cent World | 448867978444 | Mexico | L | M | 1 | 7 | 15 | 13 | 435.22 | 31 | 5 | 5 | 1 | 305.02 | 500 | 61.00% |
| Call me | 400547392051 | Phillipines | C | S | 1 | 0 | 43 | 31 | 43.52 | 1 | 0 | 42 | 52 | 42.87 | 70 | 61.24% |
| One Cent World | 1579957811 | China | L | M | 2 | 8 | 34 | 43 | 514.72 | 33 | 5 | 9 | 44 | 309.73 | 500 | 61.95% |
| 1 cent World | 449461011183 | Mexico | L | M | 1 | 7 | 15 | 13 | 435.22 | 33 | 5 | 10 | 50 | 310.83 | 500 | 62.17% |
| Call Me | 464868108857 | Phillipines | C | S | 2 | 0 | 43 | 28 | 43.47 | 1 | 0 | 43 | 43 | 43.72 | 70 | 62.45% |
| Call Me | 471919919793 | Phillipines | C | S | 2 | 0 | 43 | 28 | 43.47 | 1 | 0 | 43 | 43 | 43.72 | 70 | 62.45% |
| Call Me | 473945149545 | Philipines | C | S | 2 | 0 | 43 | 28 | 43.47 | 1 | 0 | 43 | 43 | 43.72 | 70 | 62.45% |
| 1 cent World | 403819497055 | China | C | M | 1 | 7 | 20 | 27 | 440.45 | 35 | 5 | 14 | 46 | 314.77 | 500 | 62.95% |
| 1 cent World | 400712845884 | Mexico | L | M | 1 | 7 | 15 | 13 | 435.22 | 33 | 5 | 15 | 3 | 315.05 | 500 | 63.01% |
| 1 cent World | 476762132759 | Mexico | L | M | 1 | 7 | 15 | 13 | 435.22 | 33 | 5 | 15 | 45 | 315.75 | 500 | 63.15% |
| 1 cent World | 481309345980 | China | C | M | 1 | 7 | 20 | 27 | 440.45 | 35 | 5 | 16 | 31 | 316.52 | 500 | 63.30% |
| One Cent World | 4683576817 | China | L | M | 2 | 8 | 20 | 0 | 500.00 | 34 | 5 | 17 | 10 | 317.17 | 500 | 63.43% |
| One Cent World | 1659025165 | China | C | M | 2 | 8 | 34 | 43 | 514.72 | 34 | 5 | 20 | 18 | 320.30 | 500 | 64.06% |
| One Cent World | 4797984441 | Mexico | L | M | 2 | 8 | 20 | 0 | 500.00 | 39 | 5 | 22 | 53 | 322.88 | 500 | 64.58% |
| One Cent World | 4736706425 | Mexico | L | M | 2 | 8 | 20 | 0 | 500.00 | 34 | 5 | 24 | 45 | 324.75 | 500 | 64.95% |
| 1 cent World | 441362326782 | China | L | M | 1 | 7 | 20 | 27 | 440.45 | 34 | 5 | 25 | 22 | 325.37 | 500 | 65.07% |
| 1 cent World | 3836346453 | China | C | M | 2 | 8 | 20 | 0 | 500.00 | 35 | 5 | 25 | 27 | 325.45 | 500 | 65.09% |
| 1 cent World | 2894086604 | China | C | M | 2 | 8 | 20 | 0 | 500.00 | 35 | 5 | 26 | 30 | 326.50 | 500 | 65.30% |
| One Cent World | 4773213067 | Mexico | L | M | 2 | 8 | 20 | 0 | 500.00 | 34 | 5 | 27 | 26 | 327.43 | 500 | 65.49% |
| One Cent World | 4014452423 | China | C | M | 2 | 8 | 34 | 0 | 500.00 | 37 | 5 | 27 | 27 | 327.45 | 500 | 65.49% |
| One Cent World | 2031450327 | China | L | M | 2 | 8 | 34 | 43 | 514.72 | 35 | 5 | 28 | 38 | 328.63 | 500 | 65.73% |
| One Cent World | 2578017151 | China | L | M | 2 | 8 | 34 | 43 | 514.72 | 35 | 5 | 29 | 11 | 329.18 | 500 | 65.84% |
| One Cent World | 2755787837 | China | L | M | 2 | 8 | 34 | 43 | 514.72 | 34 | 5 | 29 | 55 | 329.92 | 500 | 65.98% |
| 1 cent World | 499050965568 | China | C | M | 1 | 7 | 20 | 27 | 440.45 | 35 | 5 | 30 | 0 | 330.00 | 500 | 66.00% |

| Card Name | Pin | Country | Call Type | Meth od | Wave | Prompted Hours | Prompted Minutes | Prompted Seconds | Total Prompted Min. | Total Calls | Delivered Hours | Delivered Min. | Delivered Sec. | Total Delivered Min. | Poster Min. | % of Ad. Minutes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 cent World | 413828324326 | Mexico | L | M | 2 | 7 | 15 | 13 | 435.22 | 35 | 5 | 30 | 50 | 330.83 | 500 | 66.17% |
| One Cent World | 4366464824 | China | C | M | 1 | 8 | 20 | 0 | 500.00 | 36 | 5 | 33 | 6 | 333.10 | 500 | 66.62% |
| 1 cent World | 483881558374 | China | L | M | 1 | 7 | 20 | 27 | 440.45 | 34 | 5 | 34 | 33 | 334.55 | 500 | 66.91% |
| 1 cent World | 490924576181 | China | C | M | 1 | 7 | 20 | 27 | 440.45 | 35 | 5 | 36 | 38 | 336.63 | 500 | 67.33% |
| 1 cent World | 403526311411 | China | L | M | 1 | 7 | 20 | 27 | 440.45 | 39 | 5 | 47 | 35 | 347.58 | 500 | 69.52% |
| 1 cent World | 487655465686 | China | L | M | 1 | 7 | 20 | 27 | 440.45 | 37 | 5 | 49 | 27 | 349.45 | 500 | 69.89% |
| 1 cent World | 418725631743 | China | L | M | 1 | 7 | 20 | 27 | 440.45 | 36 | 6 | 34 | 43 | 394.72 | 500 | 78.94% |
| Super Clean | 5805339187 | Guatemala | C | M | 1 | 0 | 31 | 0 | 31.00 | 13 | 0 | 24 | 49 | 24.82 | 31 | 80.05% |
| Super Clean | 4425103268 | Mexico | C | M | 1 | 0 | 37 | 0 | 37.00 | 5 | 0 | 30 | 42 | 30.70 | 37 | 82.97% |
| Call Me | 447415783754 | Philippines | L | S | 1 | 0 | 60 | 55 | 60.92 | 1 | 0 | 59 | 22 | 59.37 | 70 | 84.81% |
| Super Clean | 4338405781 | Guatemala | C | M | 1 | 0 | 31 | 0 | 31.00 | 8 | 0 | 26 | 21 | 26.35 | 31 | 85.00% |
| Call Me | 448537049902 | Philippines | L | S | 2 | 0 | 60 | 52 | 60.87 | 1 | 0 | 59 | 56 | 59.93 | 70 | 85.62% |
| Call Me | 442071142630 | Philippines | L | S | 2 | 0 | 60 | 52 | 60.87 | 1 | 0 | 60 | 1 | 60.02 | 70 | 85.74% |
| Call Me | 442268450815 | Philippines | L | S | 2 | 0 | 60 | 52 | 60.87 | 1 | 0 | 60 | 1 | 60.02 | 70 | 85.74% |
| Super Clean | 5950260410 | Mexico | L | M | 1 | 4 | 22 | 0 | 262.00 | 25 | 3 | 50 | 18 | 230.30 | 262 | 87.90% |
| Super Clean | 4227126162 | Mexico | L | M | 1 | 4 | 22 | 0 | 262.00 | 28 | 3 | 52 | 45 | 232.75 | 262 | 88.84% |
| Super Clean | 3570992019 | Mexico | C | M | 1 | 0 | 37 | 0 | 37.00 | 4 | 0 | 33 | 5 | 33.08 | 37 | 89.41% |
| Super Clean | 7521265871 | Mexico | L | M | 1 | 4 | 22 | 0 | 262.00 | 24 | 3 | 54 | 55 | 234.92 | 262 | 89.66% |
| Super Clean | 1836656451 | Mexico | L | M | 1 | 4 | 22 | 0 | 262.00 | 28 | 3 | 55 | 12 | 235.20 | 262 | 89.77% |
| Super Clean | 3342015346 | Guatemala | L | M | 1 | 0 | 54 | 0 | 54.00 | 5 | 0 | 48 | 47 | 48.78 | 54 | 90.34% |
| Super Clean | 8282326282 | Guatemala | L | M | 1 | 0 | 54 | 0 | 54.00 | 6 | 0 | 49 | 44 | 49.73 | 54 | 92.10% |
| Super Clean | 1096881628 | Mexico | C | M | 1 | 0 | 37 | 0 | 37.00 | 2 | 0 | 34 | 23 | 34.38 | 37 | 92.93% |
| Super Clean | 5972784788 | Mexico | C | M | 1 | 0 | 37 | 0 | 37.00 | 4 | 0 | 34 | 38 | 34.63 | 37 | 93.60% |
| Super Clean | 3502770160 | Mexico | C | M | 1 | 0 | 37 | 0 | 37.00 | 2 | 0 | 34 | 51 | 34.85 | 37 | 94.19% |
| Super Clean | 2485513010 | Mexico | C | M | 1 | 0 | 37 | 0 | 37.00 | 2 | 0 | 34 | 55 | 34.92 | 37 | 94.37% |
| Super Clean | 5541551845 | Mexico | C | S | 1 | 0 | 37 | 0 | 37.00 | 1 | 0 | 36 | 21 | 36.35 | 37 | 98.24% |
| Super Clean | 5969181645 | Guatemala | L | S | 1 | 0 | 54 | 0 | 54.00 | 1 | 0 | 53 | 12 | 53.20 | 54 | 98.52% |
| Super Clean | 5956920038 | Guatemala | L | S | 1 | 0 | 54 | 0 | 54.00 | 1 | 0 | 53 | 15 | 53.25 | 54 | 98.61% |

**Single-Call Testing Results**

| | |
|---|---|
| Total number of single-call tests: | 25 |
| Total tests delivering advertised minutes: | 0 |
| Total tests not delivering advertised minutes: | 25 |
| % of single-test calls failing to deliver poster ad. min.: | 100% |
| Average delivered poster advertised minutes: | 53.27% |

**Multi-Call Testing Results**

| | |
|---|---|
| Total number of multi-call tests: | 169 |
| Total tests delivering advertised minutes: | 0 |
| Total tests not delivering advertised minutes: | 169 |
| % of multi-test calls failing to deliver poster ad. min.: | 100% |
| Average delivered poster advertised minutes: | 40.42% |

**Combined Testing Results**

| | |
|---|---|
| Total number of call tests: | 144 |
| Total tests delivering advertised minutes: | 0 |
| Total tests not delivered advertised minutes: | 144 |
| % of test calls failing to deliver poster advertised min.: | 100% |
| Average delivered poster advertised minutes: | 38.19% |

Stagg Dec. Attach. I - 4