E-filing

RECEIVED 2012 MAY 22 P 12:02 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT N. DIST. OF CA.

CV 12 2631 SC

FEDERAL TRADE COMMISSION

FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT

**Instructions:**

1. Complete all items. Enter "None" or "N/A" ("Not Applicable") where appropriate. If you cannot fully answer a question, explain why.
2. The font size within each field will adjust automatically as you type to accommodate longer responses.
3. "Dependents" include your live-in companion, dependent children, or any other person, whom you or your spouse (or your children's other parent) claimed or could have claimed as a dependent for tax purposes at any time during the past five years.
4. "Assets" and "Liabilities" include ALL assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.
5. Attach continuation pages as needed. On the financial statement, state next to the Item number that the Item is being continued. On the continuation page(s), identify the Item number(s) being continued.
6. Type or print legibly.
7. Initial each page in the space provided in the lower right corner.
8. Sign and date the completed financial statement on the last page.

**Penalty for False Information:**

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person:

(1) "in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "in any . . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3) "in any (. . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information . . . knowing the same to contain any false material declaration" (18 U.S.C. § 1623).

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571.

## BACKGROUND INFORMATION

**Item 1.** **Information About You**

Your Full Name ______________________________ Social Security No. ____________

Place of Birth ______________ Date of Birth ____________ Drivers License No. ________

Current Address ______________________________ From (Date) ____________

Rent or Own? ______ Telephone No. ______________ Facsimile No. ______________

E-Mail Address ____________________ Internet Home Page ______________

Previous Addresses for past five years:

Address ______________________________ Rent or Own? ______ From/Until ____________

Address ______________________________ Rent or Own? ______ From/Until ____________

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they were used ______________________________

**Item 2.** **Information About Your Spouse or Live-In Companion**

Spouse/Companion's Name ______________________ Social Security No. ____________

Place of Birth ______________________ Date of Birth ______________

Identify any other name(s) and/or social security number(s) your spouse/companion has used, and the time period(s) during which they were used ______________________________

Address (if different from yours) ______________________________

From (Date) ______________ Rent or Own? ______ Telephone No. ______________

Employer's Name and Address ______________________________

Job Title ______________ Years in Present Job ______ Annual Gross Salary/Wages $ __________

**Item 3.** **Information About Your Previous Spouse**

Previous Spouse's Name & Address ______________________________

______________________ Social Security No. ____________ Date of Birth ____________



Initials ________

**Item 4.** **Contact Information**

Name & Address of Nearest Living Relative or Friend ______________________________

______________________________ Telephone No. ____________

**Item 5.** **Information About Dependents Who Live With You**

▸Name ______________________ Date of Birth ____________

Relationship ______________________ Social Security No. ____________

▸Name ______________________ Date of Birth ____________

Relationship ______________________ Social Security No. ____________

▸Name ______________________ Date of Birth ____________

Relationship ______________________ Social Security No. ____________

**Item 6.** **Information About Dependents Who Do Not Live With You**

▸Name & Address ______________________________

Date of Birth ____________ Relationship ____________ Social Security No.____________

▸Name Address ______________________________

Date of Birth ____________ Relationship ____________ Social Security No.____________

▸Name & Address ______________________________

Date of Birth ____________ Relationship ____________ Social Security No.____________

**Item 7.** **Employment Information**

Provide the following information for this year-to-date and for each of the previous five full years, for each company of which you were a director, officer, employee, agent, contractor, participant or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, draws, consulting fees, loans, loan payments, dividends, royalties or other benefits for which you did not pay (*e.g.,* health insurance premiums, automobile lease or loan payments) received by you or anyone else on your behalf.

▸Company Name & Address ______________________________

Dates Employed: From (Month/Year) ____________ To (Month/Year) ____________

Positions Held with Beginning and Ending Dates ______________________________

______________________________

 Initials ________

**Item 7. continued**

Income Received: This year-to-date: $____________ ______: $____________

20____: $____________ ______: $____________

______: $____________ ______: $____________

▸Company Name & Address ____________________

Dates Employed: From (Month/Year) ____________ To (Month/Year) ____________

Positions Held with Beginning and Ending Dates ____________________

____________________

Income Received: This year-to-date: $____________ ______: $____________

20____: $____________ ______: $____________

______: $____________ ______: $____________

▸Company Name & Address ____________________

Dates Employed: From (Month/Year) ____________ To (Month/Year) ____________

Positions Held with Beginning and Ending Dates ____________________

____________________

Income Received: This year-to-date: $____________ ______: $____________

20____: $____________ ______: $____________

______: $____________ ______: $____________

**Item 8.** **Pending Lawsuits Filed by You or Your Spouse**

List all pending lawsuits that have been filed by you or your spouse in court or before an administrative agency. (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address ____________________

Court's Name & Address ____________________

Docket No. ____________ Relief Requested ____________ Nature of Lawsuit ____________

____________________ Status ____________________



Initials ________

**Item 9.** **Pending Lawsuits Filed Against You or Your Spouse**

List all pending lawsuits that have been filed against you or your spouse in court or before an administrative agency. (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address ______________________________

Court's Name & Address ______________________________

Docket No. __________ Relief Requested __________ Nature of Lawsuit __________

__________ Status ______________________________

**Item 10.** **Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or elsewhere, held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents. *On a separate page, describe the contents of each box.*

| Owner's Name | Name & Address of Depository Institution | Box No. |
|---|---|---|
| | | |
| | | |
| | | |

**Item 11.** **Business Interests**

List all businesses for which you, your spouse, or your dependents are an officer or director.

▸Business' Name & Address ______________________________

Business Format (*e.g.*, corporation) __________ Description of Business __________

__________ Position(s) Held, and By Whom ______________________________

▸Business' Name & Address ______________________________

Business Format (*e.g.*, corporation) __________ Description of Business __________

__________ Position(s) Held, and By Whom ______________________________

▸Business' Name & Address ______________________________

Business Format (*e.g.*, corporation) __________ Description of Business __________

__________ Position(s) Held, and By Whom ______________________________



Initials __________

## FINANCIAL INFORMATION: ASSETS AND LIABILITIES

**REMINDER: "Assets" and "Liabilities" include ALL assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.**

**Item 12.** **Cash, Bank, and Money Market Accounts**

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents. The term "cash" includes currency and uncashed checks.

Cash on Hand $__________ Cash Held For Your Benefit $__________

| Name on Account | Name & Address of Financial Institution | Account No. | Current Balance |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

**Item 13.** **U.S. Government Securities**

List all U.S. Government securities, including but not limited to, savings bonds, treasury bills, and treasury notes, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Name on Account | Type of Obligation | Security Amount | Maturity Date |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |



Initials __________

**Item 14.** **Publicly Traded Securities and Loans Secured by Them**

List all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Issuer ______________________ Type of Security ______________ No. of Units Owned ______

Name on Security ____________ Current Fair Market Value $______ Loan(s) Against Security $______

Broker House, Address __________________________________ Broker Account No. ________

▸Issuer ______________________ Type of Security ______________ No. of Units Owned ______

Name on Security ____________ Current Fair Market Value $______ Loan(s) Against Security $______

Broker House, Address __________________________________ Broker Account No. ________

**Item 15.** **Other Business Interests**

List all other business interests, including but not limited to, non-public corporations, subchapter-S corporations, limited liability corporations ("LLCs"), general or limited partnership interests, joint ventures, sole proprietorships, and oil and mineral leases, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Business Format ____________________ Business' Name & Address ____________________

__________________________________________________ Ownership % ________

Owner (e.g., self, spouse) ______________________ Current Fair Market Value $______________

▸Business Format ____________________ Business' Name & Address ____________________

__________________________________________________ Ownership % ________

Owner (e.g., self, spouse) ______________________ Current Fair Market Value $______________

**Item 16.** **Monetary Judgments or Settlements Owed to You, Your Spouse, or Your Dependents**

List all monetary judgments or settlements owed to you, your spouse, or your dependents.

▸Opposing Party's Name & Address ______________________________________________

Court's Name & Address __________________________________ Docket No. __________

Nature of Lawsuit ____________________ Date of Judgment __________ Amount $________

▸Opposing Party's Name & Address ______________________________________________

Court's Name & Address __________________________________ Docket No. __________

Nature of Lawsuit ____________________ Date of Judgment __________ Amount $________



Initials ________

**Item 17.** **Other Amounts Owed to You, Your Spouse, or Your Dependents**

List all other amounts owed to you, your spouse, or your dependents.

Debtor's Name, Address, & Telephone No. ______________________________

Original Amount Owed $____________ Current Amount Owed $___________ Monthly Payment $____________

**Item 18.** **Life Insurance Policies**

List all life insurance policies held by you, your spouse, or your dependents.

▸Insurance Company's Name, Address, & Telephone No. ______________________________

______________________________

Insured ______________________ Beneficiary ______________________ Face Value $____________________

Policy No. ________________ Loans Against Policy $_______________ Surrender Value $__________________

▸Insurance Company's Name, Address, & Telephone No. ______________________________

______________________________

Insured ______________________ Beneficiary ______________________ Face Value $____________________

Policy No. ________________ Loans Against Policy $_______________ Surrender Value $__________________

**Item 19.** **Deferred Income Arrangements**

List all deferred income arrangements, including but not limited to, deferred annuities, pensions plans, profit-sharing plans, 401(k) plans, IRAs, Keoghs, and other retirement accounts, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Name on Account ________________________ Type of Plan __________________ Date Established __________

Trustee or Administrator's Name, Address & Telephone No. ______________________________

______________________________

Account No. ____________________ Surrender Value $__________________

▸Name on Account ________________________ Type of Plan __________________ Date Established __________

Trustee or Administrator's Name, Address & Telephone No. ______________________________

______________________________

Account No. ____________________ Surrender Value $__________________

 Initials _________

**Item 20.** **Personal Property**

List all personal property, by category, whether held for personal use or for investment, including but not limited to, furniture and household goods of value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Property Category (e.g., artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

**Item 21.** **Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles**

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Vehicle Type ________ Make ________ Model ________ Year ______

Registered Owner's Name ________ Registration State & No. ________

Address of Vehicle's Location ________

Purchase Price $________ Current Value $________ Account/Loan No. ________

Lender's Name and Address ________

Original Loan Amount $________ Current Loan Balance $________ Monthly Payment $________

▸Vehicle Type ________ Make ________ Model ________ Year ______

Registered Owner's Name ________ Registration State & No. ________

Address of Vehicle's Location ________

Purchase Price $________ Current Value $________ Account/Loan No. ________

Lender's Name and Address ________

Original Loan Amount $________ Current Loan Balance $________ Monthly Payment $________



Initials ________

**Item 21. Continued**

▸Vehicle Type ________________ Make __________________ Model ____________________ Year ______

Registered Owner's Name _______________________ Registration State & No. _________________________

Address of Vehicle's Location _______________________________________________________________

Purchase Price $______________Current Value $_____________ Account/Loan No. ______________________

Lender's Name and Address _________________________________________________________________

Original Loan Amount $_____________ Current Loan Balance $_____________ Monthly Payment $___________

**Item 22.** **Real Property**

List all real estate held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Type of Property_____________________________ Property's Location______________________________

Name(s) on Title and Ownership Percentages _______________________________________________________

Acquisition Date______________ Purchase Price $__________________ Current Value $_________________

Basis of Valuation___________________________________ Loan or Account No.______________________

Lender's Name and Address_________________________________________________________________

Current Balance On First Mortgage $________________ Monthly Payment $_______________

Other Loan(s) (describe)________________________________________ Current Balance $_______________

Monthly Payment $________________ Rental Unit?_______________ Monthly Rent Received $____________

▸Type of Property_____________________________ Property's Location______________________________

Name(s) on Title and Ownership Percentages _______________________________________________________

Acquisition Date______________ Purchase Price $__________________ Current Value $_________________

Basis of Valuation___________________________________ Loan or Account No.______________________

Lender's Name and Address_________________________________________________________________

Current Balance On First Mortgage $________________ Monthly Payment $_______________

Other Loan(s) (describe)________________________________________ Current Balance $_______________

Monthly Payment $________________ Rental Unit?_______________ Monthly Rent Received $____________

 Initials ________

**Item 23.** **Credit Cards**

List each credit card held by you, your spouse, or your dependents. Also list any other credit cards that you, your spouse, or your dependents use.

| Name of Credit Card (e.g., Visa, MasterCard, Department Store) | Account No. | Name(s) on Account | Current Balance | Minimum Monthly Payment |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

**Item 24.** **Taxes Payable**

List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your dependants.

| Type of Tax | Amount Owed | Year Incurred |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

**Item 25.** **Judgments or Settlements Owed**

List all judgments or settlements owed by you, your spouse, or your dependents.

Opposing Party's Name & Address ______________________________

Court's Name & Address ______________________________ Docket No. __________

Nature of Lawsuit ______________________________ Date __________ Amount $ __________



Initials __________

**Item 26.** **Other Loans and Liabilities**

List all other loans or liabilities in your, your spouse's, or your dependents' names.

▸Name & Address of Lender/Creditor ____________________

Nature of Liability ____________________ Name(s) on Liability ____________________

Date of Liability ____________ Amount Borrowed $ ____________ Current Balance $ ____________

Payment Amount $ ____________ Frequency of Payment ____________

▸Name & Address of Lender/Creditor ____________________

Nature of Liability ____________________ Name(s) on Liability ____________________

Date of Liability ____________ Amount Borrowed $ ____________ Current Balance $ ____________

Payment Amount $ ____________ Frequency of Payment ____________

## OTHER FINANCIAL INFORMATION

**Item 27.** **Tax Returns**

List all federal tax returns that were filed during the last three years by or on behalf of you, your spouse, or your dependents. *Provide a copy of each signed tax return that was filed during the last three years.*

| Tax Year | Name(s) on Return | Refund Expected |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**Item 28.** **Applications for Credit**

List all applications for bank loans or other extensions of credit that you, your spouse, or your dependents have submitted within the last two years. *Provide a copy of each application, including all attachments.*

| Name(s) on Application | Name & Address of Lender |
|---|---|
| | |
| | |
| | |



Initials ________

**Item 29.** **Trusts and Escrows**

List all funds or other assets that are being held in trust or escrow by any person or entity for you, your spouse, or your dependents. Also list all funds or other assets that are being held in trust or escrow by you, your spouse, or your dependents, for any person or entity. *Provide copies of all executed trust documents.*

| Trustee or Escrow Agent's Name & Address | Date Established | Grantor | Beneficiaries | Present Market Value of Assets |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

**Item 30.** **Transfers of Assets**

List each person to whom you have transferred, in the aggregate, more than $2,500 in funds or other assets during the previous three years by loan, gift, sale, or other transfer. For each such person, state the total amount transferred during that period.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (*e.g.*, Loan, Gift) |
|---|---|---|---|---|
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |



Initials ________

## SUMMARY FINANCIAL SCHEDULES

**Item 31.** **Combined Balance Sheet for You, Your Spouse, and Your Dependents**

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on Hand (Item 12) | $__________ | Credit Cards (Item 23) | $__________ |
| Cash in Financial Institutions (Item 12) | $__________ | Motor Vehicles - Liens (Item 21) | $__________ |
| U.S. Government Securities (Item 13) | $__________ | Real Property - Encumbrances (Item 22) | $__________ |
| Publicly Traded Securities (Item 14) | $__________ | Loans Against Publicly Traded Securities (Item 14) | $__________ |
| Other Business Interests (Item 15) | $__________ | Taxes Payable (Item 24) | $__________ |
| Judgments or Settlements Owed to You (Item 16) | $__________ | Judgments or Settlements Owed (Item 25) | $__________ |
| Other Amounts Owed to You (Item 17) | $__________ | Other Loans and Liabilities (Item 26) | $__________ |
| Surrender Value of Life Insurance (Item 18) | $__________ | Other Liabilities (Itemize) | |
| Deferred Income Arrangements (Item 19) | $__________ | ____________________ | $__________ |
| Personal Property (Item 20) | $__________ | ____________________ | $__________ |
| Motor Vehicles (Item 21) | $__________ | ____________________ | $__________ |
| Real Property (Item 22) | $__________ | ____________________ | $__________ |
| Other Assets (Itemize) | | ____________________ | $__________ |
| ____________________ | $__________ | ____________________ | $__________ |
| ____________________ | $__________ | ____________________ | $__________ |
| ____________________ | $__________ | ____________________ | $__________ |
| ____________________ | $__________ | ____________________ | $__________ |
| Total Assets | $__________ | Total Liabilities | $__________ |



Initials __________

**Item 32.** **Combined Average Monthly Income and Expenses for You, Your Spouse, and Your Dependents for the Last 6 Months**

Provide the average monthly income and expenses for you, your spouse, and your dependents for the last 6 months. Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

| INCOME | | EXPENSES | |
|---|---|---|---|
| Salary - After Taxes | $________ | Mortgage Payments for Residence(s) | $________ |
| Fees, Commissions, and Royalties | $________ | Property Taxes for Residence(s) | $________ |
| Interest | $________ | Rental Property Expenses, Including Mortgage Payments, Taxes, and Insurance | $________ |
| Dividends and Capital Gains | $________ | Car or Other Vehicle Lease or Loan Payments | $________ |
| Gross Rental Income | $________ | Food Expenses | $________ |
| Profits from Sole Proprietorships | $________ | Clothing Expenses | $________ |
| Distributions from Partnerships, S-Corporations, and LLCs | $________ | Utilities | $________ |
| Distributions from Trusts and Estates | $________ | Medical Expenses, Including Insurance | $________ |
| Distributions from Deferred Income Arrangements | $________ | Other Insurance Premiums | $________ |
| Social Security Payments | $________ | Other Transportation Expenses | $________ |
| Alimony/Child Support Received | $________ | Other Household Expenses | $________ |
| Gambling Income | $________ | Other Expenses (Itemize) | |
| Other Income (Itemize) | | ________________ | $________ |
| ________________ | $________ | ________________ | $________ |
| ________________ | $________ | ________________ | $________ |
| ________________ | $________ | ________________ | $________ |
| Total Income | $________ | Total Expenses | $________ |

## ATTACHMENTS

**Item 33. Documents Attached to this Financial Statement**

List all documents that are being submitted with this financial statement.

| Item No. Document Relates To | Description of Document |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court. I have used my best efforts to obtain the information requested in this statement. The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control. I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

_______________________ _______________________

(Date) Signature



Initials _________