IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>DR PHONE COMMUNICATIONS, INC.,<br>also d/b/a DRphonecom.com, and<br><br>DAVID ROSENTHAL, individually<br>and as an officer of DR Phone<br>Communications, Inc.,<br><br>    Defendant. | Case No. 12-2631 SC<br><br>ORDER SETTING HEARING ON<br>PLAINTIFF'S MOTION FOR A<br><u>TEMPORARY RESTRAINING ORDER</u> |

The Court hereby sets a hearing for Plaintiff's Motion for a Temporary Restraining Order ("TRO") for May 24, 2012 at 10:00 a.m. in Courtroom 1, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall immediately serve Defendant with a copy of this Order, along with its Complaint and Motion for a TRO and shall file proofs of service with the Court.

IT IS SO ORDERED.

Dated: May 22, 2012

_____
UNITED STATES DISTRICT JUDGE