1  WILLARD K. TOM
   General Counsel
2
   ROBERT J. SCHROEDER
3  Regional Director

4  LAURA M. SOLIS, WA State Bar No. 36005
   NADINE S. SAMTER, WA State Bar No. 23881
5  Federal Trade Commission
   915 Second Avenue, Suite 2896
6  Seattle, WA 98174
   Phone: (206) 220-4544 (Solis)
7  Phone: (206) 220-4479 (Samter)
   Facsimile: (206) 220-6366
8  Email:   lsolis@ftc.gov
             nsamter@ftc.gov
9
   KERRY O'BRIEN, CA State Bar No. 149264
10 Federal Trade Commission
   901 Market Street, Suite 570
11 San Francisco, CA 94103
   Phone: (415) 848-5189
12 Facsimile: (415) 848-5142
   Email:  kobrien@ftc.gov
13
   Attorneys for Plaintiff
14 Federal Trade Commission

15
                    UNITED STATES DISTRICT COURT
16            NORTHERN DISTRICT OF CALIFORNIA
                      San Francisco Division
17

18 FEDERAL TRADE COMMISSION,              Case No. C-12-2631-SC

19            Plaintiff,
                                          [PROPOSED] STIPULATED ORDER OF
20       v.                               PRELIMINARY INJUNCTION AND
                                          OTHER EQUITABLE RELIEF
21
   DR PHONE COMMUNICATIONS, INC.,
22 also d/b/a DR Phone Communications
   Company, Inc., Phone Communications, Inc.,
23 and DRphonecom.com, and

24
   DAVID ROSENTHAL, individually and as an
25 officer of DR Phone Communications, Inc.,

26            Defendants.

27

28

   Stipulated Preliminary Injunction - Page 1
   Case No. C-12-2631-SC

Plaintiff, the Federal Trade Commission ("FTC" or the "Commission"), pursuant to Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), has filed a Complaint for Injunctive and Other Equitable Relief ("Complaint") and has moved, pursuant to Federal Rule of Civil Procedure 65, for a Temporary Restraining Order ("TRO") and Preliminary Injunction With Other Equitable Relief against the defendants, DR Phone Communications, Inc., and David Rosenthal (collectively "Defendants").

NOW, THEREFORE, the Commission and Defendant David Rosenthal, having requested the Court to enter this Stipulated Preliminary Injunction, it is ordered, adjudged, and decreed as follows:

## **FINDINGS**

1.      This is an action by the FTC under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b).  Pursuant to this section, the FTC has the authority to seek the relief granted herein.

2.      This Court has jurisdiction over the subject matter of this case and there is good cause to believe that it will have jurisdiction over all parties hereto.

3.      Venue in the Northern District of California and service of process are proper.

4.      The acts and practices of the Defendants are in or affecting commerce, as defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

5.      This Court has the authority to grant a preliminary injunction and other appropriate relief pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), and Rule 65 of the Federal Rules of Civil Procedure.

6.      Plaintiff and Defendant Rosenthal agree that relief set forth herein shall remain in effect until further order of this Court.

7.      This Order does not constitute, and shall not be interpreted to constitute, either an admission by Defendants of any of Plaintiff's allegations, or a finding by the Court that Defendants have engaged in any violation of the FTC Act.

8.      No security is required of any agency of the United States for issuance of a restraining order.  Fed. R. Civ. P. 65(c).

### DEFINITIONS

For the purpose of this Order, the following definitions shall apply:

1.    **"Stipulating Defendant"** means David Rosenthal, individually and as an officer, director, manager, member, shareholder, agent, servant, or employee of DR Phone Communications, Inc., d/b/a DRphonecom.com, and its divisions, subsidiaries, affiliates, predecessors, successors, and assigns.  Furthermore, any person or entity in active concert or participation with David Rosenthal, including any person acting in the capacity of an officer, director, manager, member, shareholder, agent, servant, or employee of DR Phone Communications, Inc. and its divisions, subsidiaries, affiliates, predecessors, successors, and assigns, who receives actual notice of this Order by personal service or otherwise, is bound to comply with this Order, see Fed. R. Civ. P. 65(d), whether these persons or entities are acting directly or through a trust, corporation, subsidiary, division, or other device.

2.    **"Document"** is synonymous in meaning and equal in scope to the usage of the term in Federal Rule of Civil Procedure 34(a), and encompasses both paper documents and electronically stored information – including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations – stored in any medium from which information can be obtained either directly or, if necessary, after translation by Defendants into a reasonably usable form.  A draft or non-identical copy is a separate document within the meaning of the term.

3.    **"Clear and prominent"** shall mean as follows:

A.    In a print advertisement or other promotional materials, the disclosure shall be in a type size and location sufficiently noticeable for an ordinary consumer to read and comprehend it, in print that contrasts with the background against which it appears.  In multi-page documents, the disclosure shall appear on the cover or, alternatively, on the first page where any price representation or representation regarding calling time is made.

B.    In an advertisement communicated through an electronic medium (such as television, video, radio, and interactive media such as the Internet and online services), the

Stipulated Preliminary Injunction - Page 3
Case No. C-12-2631-SC

1   disclosure shall be presented simultaneously in both the audio and video portions of the

2   advertisement.  Provided, however, that in any advertisement presented solely through video or

3   audio means, the disclosure may be made through the same means in which the advertisement

4   is presented.  The audio disclosure shall be delivered in a volume and cadence sufficient for an

5   ordinary consumer to hear and comprehend it.  The video disclosure shall be of a size and

6   shade, and shall appear on the screen for a duration sufficient for an ordinary consumer to read

7   and comprehend it.  In addition to the foregoing, in interactive media, the disclosure shall also

8   be unavoidable and shall be presented prior to the consumer incurring any financial obligation.

9           C.     On a product label or prepaid calling card, the disclosure shall be in a

10  type size and location on the principal display panel sufficiently noticeable for an ordinary

11  consumer to read and comprehend it, in print that contrasts with the background against which

12  it will appear.

13          D.     The disclosure shall be in understandable language and syntax.  Nothing

14  contrary to, inconsistent with, or in mitigation of the disclosure shall be used in any

15  advertisement or calling card label.

16      4.    **"PIN"** means a unique personal identification number assigned to a Prepaid

17  Calling Card to access the value of the Prepaid Calling Card.

18      5.    **"Fees and Charges"** means any fees or charges assessed in connection with the

19  use of a Prepaid Calling Card, including, but not limited to, any maintenance fee, weekly fee,

20  monthly fee, connection fee, payphone fee, cell phone fee, access number fee, service fee,

21  hang-up fee, or expiration date.

22      6.    **"Marketing Materials"** means any poster, sign, bulletin, Internet website,

23  advertisement, in-store display, packaging, prepaid calling card, offer of sale, or other

24  promotional material.

25      7.    **"Prepaid Calling Card"** means a card or information providing the right to

26  make one or more telephone calls that are paid for in advance.  Such right to make prepaid

27  telephone calls may be embodied on a card or other physical object or may be purchased by an

28

Stipulated Preliminary Injunction - Page 4
Case No. C-12-2631-SC

electronic means, such as over the Internet, through which the purchaser obtains information, such as access and authorization codes, that are not physically located on a card or other object.

## ORDER

### I.

## MISREPRESENTATIONS

**IT IS HEREBY ORDERED** that Stipulating Defendant, directly or indirectly through any corporation, partnership, subsidiary, distributor, agent, or other device, and those persons in active concert or participation with him who receive actual notice of this Order by personal service or otherwise, in connection with the marketing, advertising, promotion, distribution, offer for sale, or sale of Prepaid Calling Cards, are hereby restrained and enjoined from falsely representing, expressly or by implication, the number of calling minutes a consumer will obtain by using a Prepaid Calling Card.

### II.

## FAILURE TO DISCLOSE

**IT IS FURTHER ORDERED** that Stipulating Defendant, directly or indirectly through any corporation, partnership, subsidiary, distributor, agent, or other device, and those persons in active concert or participation with him who receive actual notice of this Order by personal service or otherwise, in connection with the marketing, advertising, promotion, distribution, offer for sale, or sale of Prepaid Calling Cards, are hereby restrained and enjoined from making any representations, expressly or by implication, regarding the number of calling minutes provided and/or the value of a Prepaid Calling Card, while failing to make a clear and prominent disclosure of all material limitations on the use of such Prepaid Calling Card, including, but not limited to, the existence and specific amount of any Fees and Charges that will be assessed in connection with the use of such Prepaid Calling Card.

Stipulated Preliminary Injunction - Page 5
Case No. C-12-2631-SC

1

2

## III.

## ADVERTISING AND MARKETING MATERIALS

3

**IT IS FURTHER ORDERED** that, for Marketing Materials that Defendants

4

disseminated to retailers or distributors prior to the date of entry of this Order, Stipulating

5

Defendant shall take reasonable actions within his power to ensure that any such materials used

6

to market or sell Defendants' prepaid calling cards that are not in compliance with Sections I

7

and II of this Order are removed or replaced. Such actions shall include providing the notice

8

required by Section VII of this Order and refusing to sell product to retailers and distributors

9

that Stipulating Defendant knows or should know are using Marketing Materials in violation of

10

Section I or II of this Order.

11

## IV.

12

## PRESERVATION OF RECORDS

13

**IT IS FURTHER ORDERED** that Stipulating Defendant and his successors, assigns,

14

agents, servants, employees, and attorneys, and those persons in active concert or participation

15

with any of them who receive actual notice of this Order by personal service, facsimile

16

transmission, email, or otherwise, whether acting directly or through any corporation,

17

subsidiary, division, or other device, are hereby temporarily restrained and enjoined from:

18

A.      Destroying, erasing, mutilating, concealing, altering, transferring, falsifying,

19

writing over, or otherwise disposing of, in any manner, directly or indirectly, any Documents or

20

records of any kind that relate to the business practices or business or personal finances of

21

Defendants or other entity directly or indirectly under the control of Defendants, including, but

22

not limited to, any and all Marketing Materials, World Wide Web pages, consumer complaints,

23

rate decks, call detail records, telephone logs, telephone scripts, contracts, correspondence,

24

email, corporate books and records, accounting data, financial statements, receipt books,

25

ledgers, personal and business canceled checks and check registers; bank statements, calendars,

26

appointment books, and tax returns; and

27

28

Stipulated Preliminary Injunction - Page 6
Case No. C-12-2631-SC

1    B.    Failing to create and maintain books, records, and accounts which, in reasonable

2  detail, accurately, fairly, and completely reflect the incomes, assets, disbursements,

3  transactions, and use of monies by any Defendant or other entity directly or indirectly under the

4  control of any Defendant.

## V.

## FINANCIAL AND BUSINESS ACCOUNTING

**IT IS FURTHER ORDERED** that within twenty (20) calendar days after service of

this Order:

A.    Stipulating Defendant shall complete and deliver to the FTC:

(1)  the Financial Statement captioned "Financial Statement of Individual

Defendant," a copy of which is attached hereto as Attachment A, and any tax returns, bank

statements, or other documentation supporting the financial information provided therein; and

(2) the Financial Statement captioned "Financial Statement of Corporate

Defendant," a copy of which is attached hereto as Attachment B, and any tax returns, bank

statements, or other documentation supporting the financial information provided therein; and

B.    Stipulating Defendant also shall provide the FTC with the following

information, from January 1, 2010, to the date of Stipulating Defendant's full and complete

compliance with this Order, concerning Defendant DR Phone Communications, Inc.:  (1) total

gross sales revenues on a monthly basis derived from the sale of prepaid calling cards; (2) an

itemization of total gross operating expenses on a monthly basis; (3) gross operating

expenditures on a monthly basis per category, including but not limited to payroll, advertising,

marketing, utilities, and property leases; and (4) gross capital expenditures.

## VI.

## NOTIFICATION OF CHANGE IN BUSINESS STRUCTURE

**IT IS FURTHER ORDERED** that Stipulating Defendant shall notify the Commission

of any changes in the structure of Defendant DR Phone Communications, Inc. that may affect

Stipulating Defendant's compliance obligations arising under this Order, including but not

1 | limited to: the dissolution, assignment, sale, merger, or other similar action involving
2 | Defendant DR Phone Communications, Inc.; the creation or dissolution of a subsidiary, parent,
3 | or affiliate of Defendant DR Phone Communications, Inc. that engages in any acts or practices
4 | subject to this Order; a change in the business name or address of Defendant DR Phone
5 | Communications, Inc.,; or a change in Stipulating Defendant's control over Defendant DR
6 | Phone Communications, Inc., at least thirty (30) days prior to such change.

## VII.

## DISTRIBUTION OF ORDER BY DEFENDANT

**IT IS FURTHER ORDERED** that Stipulating Defendant shall immediately provide a copy of this Order to each distributor, sub-distributor, subsidiary, telecommunications service provider, division, sales entity, successor, assign, officer, director, member, manager, employee, independent contractor, client retailer, client company, agent, and attorney of Defendants, and shall, within ten (10) days from the date of entry of this Order, provide the FTC with a sworn statement that this provision of the Order has been satisfied, which statement shall include the names, physical addresses, phone number, and email addresses, of each such person or entity who received a copy of the Order.

## VIII.

## CONSUMER REPORTS

**IT IS FURTHER ORDERED** that pursuant to Section 604(1) of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(1), any consumer reporting agency may furnish a consumer report concerning Stipulating Defendant to the FTC.

## IX.

## SERVICE OF THIS ORDER BY PLAINTIFF

**IT IS FURTHER ORDERED** that copies of this Order may be served by electronic mail, facsimile transmission, personal or overnight delivery, or U.S. Mail, by agents and employees of the Commission or any state or federal law enforcement agency, on (1)

Stipulated Preliminary Injunction - Page 8
Case No. C-12-2631-SC

1  | Defendants, or (2) any other person or entity that may be subject to any provision of this Order.

2  | Service upon any branch or office of any entity shall effect service upon the entire entity.

3

## X.

4

### RETENTION OF JURISDICTION

5

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for

6 | all purposes.

7

8

**SO STIPULATED AND AGREED:**

9

PLAINTIFF:

10

11  | /s/ Laura Solis                                    Date: June 5, 2012
LAURA M. SOLIS

12  | NADINE S. SAMTER
Federal Trade Commission

13  | 915 Second Ave., Suite 2896
Seattle, WA 98174

14  | (206) 220-6350

15

16  | Attorneys for Plaintiff Federal Trade Commission

17  | DEFENDANT:

18  |                                                  Date: 6/5/12

19  | DAVID ROSENTHAL, individually
and as an officer and director of

20  | DR Phone Communications, Inc.
500 East 77th Street, #1808

21  | New York, NY 10162
(212) 431-9336

22

23  | Appearing Pro Se

24

25  | **IT IS SO ORDERED**, this 7th day of _____ June _____, 2012.

26

27  |                                         U.S. DISTRICT JUDGE SAMUEL CONTI

28

Stipulated Preliminary Injunction - Page 9
Case No. C-12-2631-SC

## FEDERAL TRADE COMMISSION

## FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT

**Instructions**:

1.      Complete all items.  Enter "None" or "N/A" ("Not Applicable") where appropriate.  If you cannot fully answer a question, explain why.

2.      The font size within each field will adjust automatically as you type to accommodate longer responses.

3.      "Dependents" include your live-in companion, dependent children, or any other person, whom you or your spouse (or your children's other parent) claimed or could have claimed as a dependent for tax purposes at any time during the past five years.

4.      "Assets" and "Liabilities" include ALL assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.

5.      Attach continuation pages as needed.  On the financial statement, state next to the Item number that the Item is being continued.  On the continuation page(s), identify the Item number(s) being continued.

6.      Type or print legibly.

7.      Initial each page in the space provided in the lower right corner.

8.      Sign and date the completed financial statement on the last page.

**Penalty for False Information**:

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person:

(1)  "in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry" (18 U.S.C. § 1001);

(2)  "in any . . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3)  "in any (. . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information . . . knowing the same to contain any false material declaration" (18 U.S.C. § 1623).

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571.

ATTACHMENT A

## BACKGROUND INFORMATION

**Item 1.**　　　　**Information About You**

Your Full Name _____ Social Security No. _____

Place of Birth _____ Date of Birth _____ Drivers License No. _____

Current Address _____ From (Date) _____

Rent or Own? _____ Telephone No. _____ Facsimile No. _____

E-Mail Address _____ Internet Home Page _____

Previous Addresses for past five years:

Address_____ Rent or Own?_____ From/Until_____

Address_____ Rent or Own?_____ From/Until_____

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they

were used_____

**Item 2.**　　　　**Information About Your Spouse or Live-In Companion**

Spouse/Companion's Name _____ Social Security No. _____

Place of Birth _____ Date of Birth _____

Identify any other name(s) and/or social security number(s) your spouse/companion has used, and the time period(s)

during which they were used _____

Address (if different from yours) _____

From (Date) _____ Rent or Own?_____ Telephone No._____

Employer's Name and Address _____

Job Title _____ Years in Present Job _____ Annual Gross Salary/Wages $_____

**Item 3.**　　　　**Information About Your Previous Spouse**

Previous Spouse's Name & Address _____

_____ Social Security No. _____ Date of Birth _____

**Item 4.**        **Contact Information**

Name & Address of Nearest Living Relative or Friend _____

_____ Telephone No. _____


**Item 5.**        **Information About Dependents Who Live With You**

‣Name _____ Date of Birth _____

Relationship _____ Social Security No. _____

‣Name _____ Date of Birth _____

Relationship _____ Social Security No. _____

‣Name _____ Date of Birth _____

Relationship _____ Social Security No. _____


**Item 6.**        **Information About Dependents Who Do Not Live With You**

‣Name & Address _____

Date of Birth _____ Relationship _____ Social Security  No._____

‣Name Address _____

Date of Birth _____ Relationship _____ Social Security  No._____

‣Name & Address _____

Date of Birth _____ Relationship _____ Social Security  No._____

**Item 7.**        **Employment Information**

Provide the following information for this year-to-date and for each of the previous five full years, for each company of which you were a director, officer, employee, agent, contractor, participant or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, draws, consulting fees, loans, loan payments, dividends, royalties or other benefits for which you did not pay (*e.g.,* health insurance premiums, automobile lease or loan payments) received by you or anyone else on your behalf.

‣Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

_____

**Item 7. continued**

Income Received:  This year-to-date:  $_____        _____:  $_____

                                 20_____:  $_____        _____:  $_____

                                  _____:  $_____        _____:  $_____

‣Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

_____

Income Received:  This year-to-date:  $_____        _____:  $_____

                                   20_____:  $_____        _____:  $_____

                                  _____:  $_____        _____:  $_____

‣Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

_____

Income Received:  This year-to-date:  $_____        _____:  $_____

                                   20_____:  $_____        _____:  $_____

                                  _____:  $_____        _____:  $_____

**Item 8.**         **Pending Lawsuits Filed by You or Your Spouse**

List all pending lawsuits that have been filed by you or your spouse in court or before an administrative agency.  (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____  Relief Requested _____  Nature of Lawsuit _____

_____ Status _____

**Item 9.**         **Pending Lawsuits Filed Against You or Your Spouse**

List all pending lawsuits that have been filed against you or your spouse in court or before an administrative agency.  (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

**Item 10.**         **Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or elsewhere, held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents.  *On a separate page, describe the contents of each box.*

   Owner's Name                Name & Address of Depository Institution                Box No.

_____ _____ _____

_____ _____ _____

_____ _____ _____

**Item 11.**         **Business Interests**

List all businesses for which you, your spouse, or your dependents are an officer or director.

‣Business' Name & Address _____

Business Format (*e.g.*, corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

‣Business' Name & Address _____

Business Format (*e.g.*, corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

‣Business' Name & Address _____

Business Format (*e.g.*, corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

### FINANCIAL INFORMATION:  ASSETS AND LIABILITIES

**REMINDER:  "Assets" and "Liabilities" include <u>ALL</u> assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.**

<u>**Item 12.**</u>                    **Cash, Bank, and Money Market Accounts**

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.  The term "cash" includes currency and uncashed checks.

Cash on Hand  $_____ Cash Held For Your Benefit  $_____

| <u>Name on Account</u> | <u>Name & Address of  Financial Institution</u> | <u>Account No.</u> | <u>Current Balance</u> |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

<u>**Item 13.**</u>                    **U.S. Government Securities**

List all U.S. Government securities, including but not limited to, savings bonds, treasury bills, and treasury notes, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| <u>Name on Account</u> | <u>Type of Obligation</u> | <u>Security Amount</u> | <u>Maturity Date</u> |
|---|---|---|---|
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ | _____ |

Initials _____

**Item 14.**          **Publicly Traded Securities and Loans Secured by Them**

List all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

‣Issuer _____ Type of Security _____ No. of Units Owned _____

Name on Security _____ Current Fair Market Value $_____ Loan(s) Against Security $_____

Broker House, Address _____ Broker Account No. _____

‣Issuer _____ Type of Security _____ No. of Units Owned _____

Name on Security _____ Current Fair Market Value $_____ Loan(s) Against Security $_____

Broker House, Address _____ Broker Account No. _____

**Item 15.**          **Other Business Interests**

List all other business interests, including but not limited to, non-public corporations, subchapter-S corporations, limited liability corporations ("LLCs"), general or limited partnership interests, joint ventures, sole proprietorships, and oil and mineral leases, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

‣Business Format _____ Business' Name & Address _____

_____ Ownership % _____

Owner (e.g., self, spouse) _____ Current Fair Market Value $_____

‣Business Format _____ Business' Name & Address _____

_____ Ownership % _____

Owner (e.g., self, spouse) _____ Current Fair Market Value $_____

**Item 16.**          **Monetary Judgments or Settlements Owed to You, Your Spouse, or Your Dependents**

List all monetary judgments or settlements owed to you, your spouse, or your dependents.

‣Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

‣Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

**Item 17.**        **Other Amounts Owed to You, Your Spouse, or Your Dependents**

List all other amounts owed to you, your spouse, or your dependents.

Debtor's Name, Address, & Telephone No. _____

Original Amount Owed $_____   Current Amount Owed $_____   Monthly Payment $_____

**Item 18.**        **Life Insurance Policies**

List all life insurance policies held by you, your spouse, or your dependents.

‣Insurance Company's Name, Address, & Telephone No. _____

_____

Insured _____   Beneficiary _____   Face Value $_____

Policy No. _____   Loans Against Policy $_____   Surrender Value $_____

‣Insurance Company's Name, Address, & Telephone No. _____

_____

Insured _____   Beneficiary _____   Face Value $_____

Policy No. _____   Loans Against Policy $_____   Surrender Value $_____

**Item 19.**        **Deferred Income Arrangements**

List all deferred income arrangements, including but not limited to, deferred annuities, pensions plans, profit-sharing plans, 401(k) plans, IRAs, Keoghs, and other retirement accounts, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

‣Name on Account _____   Type of Plan _____   Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

_____

Account No. _____   Surrender Value $_____

‣Name on Account _____   Type of Plan _____   Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

_____

Account No. _____   Surrender Value $_____

**Item 20.**          **Personal Property**

List all personal property, by category, whether held for personal use or for investment, including but not limited to, furniture and household goods of value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Property Category<br>(e.g., artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |

**Item 21.**          **Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles**

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

‣ Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

‣ Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

**Item 21.  Continued**

▸Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

**Item 22.**      **Real Property**

List all real estate held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____ Loan or Account No._____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

▸Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____ Loan or Account No._____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

**Item 23.**          **Credit Cards**

List each credit card held by you, your spouse, or your dependents.  Also list any other credit cards that you, your spouse, or your dependents use.

| Name of Credit Card (e.g., Visa, MasterCard, Department Store) | Account No. | Name(s) on Account | Current Balance | Minimum Monthly Payment |
|---|---|---|---|---|
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |
| _____ | _____ | _____ | $_____ | $_____ |

**Item 24.**          **Taxes Payable**

List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your dependants.

| Type of Tax | Amount Owed | Year Incurred |
|---|---|---|
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |

**Item 25.**          **Judgments or Settlements Owed**

List all judgments or settlements owed by you, your spouse, or your dependents.

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date_____ Amount $_____

__Item 26.__        __Other Loans and Liabilities__

List all other loans or liabilities in your, your spouse's, or your dependents' names.

‣Name & Address of Lender/Creditor _____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____

‣Name & Address of Lender/Creditor _____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____


## OTHER FINANCIAL INFORMATION


__Item 27.__        __Tax Returns__

List all federal tax returns that were filed during the last three years by or on behalf of you, your spouse, or your dependents.  *Provide a copy of each signed tax return that was filed during the last three years.*

| Tax Year | Name(s) on Return | Refund Expected |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |


__Item 28.__        __Applications for Credit__

List all applications for bank loans or other extensions of credit that you, your spouse, or your dependents have submitted within the last two years.  *Provide a copy of each application, including all attachments.*

| Name(s) on Application | Name & Address of Lender |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**Item 29.**        **Trusts and Escrows**

List all funds or other assets that are being held in trust or escrow by any person or entity for you, your spouse, or your dependents.  Also list all funds or other assets that are being held in trust or escrow by you, your spouse, or your dependents, for any person or entity.  *Provide copies of all executed trust documents.*

| Trustee or Escrow Agent's Name & Address | Date Established | Grantor | Beneficiaries | Present Market Value of Assets |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | _____ | $_____ |

**Item 30.**        **Transfers of Assets**

List each person to whom you have transferred, in the aggregate, more than $2,500 in funds or other assets during the previous three years by loan, gift, sale, or other transfer.  For each such person, state the total amount transferred during that period.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (*e.g.*, Loan, Gift) |
|---|---|---|---|---|
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |

Initials _____

## SUMMARY FINANCIAL SCHEDULES

**Item 31.**        **Combined Balance Sheet for You, Your Spouse, and Your Dependents**

<table>
<tr><td colspan="2">ASSETS</td><td colspan="2">LIABILITIES</td></tr>
<tr><td>Cash on Hand<br>(Item 12)</td><td>$_____</td><td>Credit Cards<br>(Item 23)</td><td>$_____</td></tr>
<tr><td>Cash in Financial Institutions<br>(Item 12)</td><td>$_____</td><td>Motor Vehicles - Liens<br>(Item 21)</td><td>$_____</td></tr>
<tr><td>U.S. Government Securities<br>(Item 13)</td><td>$_____</td><td>Real Property - Encumbrances<br>(Item 22)</td><td>$_____</td></tr>
<tr><td>Publicly Traded Securities<br>(Item 14)</td><td>$_____</td><td>Loans Against Publicly Traded Securities<br>(Item 14)</td><td>$_____</td></tr>
<tr><td>Other Business Interests<br>(Item 15)</td><td>$_____</td><td>Taxes Payable<br>(Item 24)</td><td>$_____</td></tr>
<tr><td>Judgments or Settlements Owed<br>to You  (Item 16)</td><td>$_____</td><td>Judgments or Settlements Owed<br>(Item 25)</td><td>$_____</td></tr>
<tr><td>Other Amounts Owed to You<br>(Item 17)</td><td>$_____</td><td>Other Loans and Liabilities<br>(Item 26)</td><td>$_____</td></tr>
<tr><td>Surrender Value of Life Insurance<br>(Item 18)</td><td>$_____</td><td>Other Liabilities (Itemize)</td><td></td></tr>
<tr><td>Deferred Income Arrangements<br>(Item 19)</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>Personal Property<br>(Item 20)</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>Motor Vehicles<br>(Item 21)</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>Real Property<br>(Item 22)</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>Other Assets (Itemize)</td><td></td><td>_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>Total Assets</td><td>$_____</td><td>Total Liabilities</td><td>$_____</td></tr>
</table>

Initials _____

**Item 32.**          **Combined Average Monthly Income and Expenses for You, Your Spouse, and Your Dependents for the Last 6 Months**

Provide the average monthly income and expenses for you, your spouse, and your dependents for the last 6 months.  Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

<table>
<tr><td colspan="2" align="center">INCOME</td><td colspan="2" align="center">EXPENSES</td></tr>
<tr><td>Salary - After Taxes</td><td>$_____</td><td>Mortgage Payments for Residence(s)</td><td>$_____</td></tr>
<tr><td>Fees, Commissions, and Royalties</td><td>$_____</td><td>Property Taxes for Residence(s)</td><td>$_____</td></tr>
<tr><td>Interest</td><td>$_____</td><td>Rental Property Expenses, Including Mortgage Payments, Taxes, and Insurance</td><td>$_____</td></tr>
<tr><td>Dividends and Capital Gains</td><td>$_____</td><td>Car or Other Vehicle Lease or Loan Payments</td><td>$_____</td></tr>
<tr><td>Gross Rental Income</td><td>$_____</td><td>Food Expenses</td><td>$_____</td></tr>
<tr><td>Profits from Sole Proprietorships</td><td>$_____</td><td>Clothing Expenses</td><td>$_____</td></tr>
<tr><td>Distributions from Partnerships, S-Corporations, and LLCs</td><td>$_____</td><td>Utilities</td><td>$_____</td></tr>
<tr><td>Distributions from Trusts and Estates</td><td>$_____</td><td>Medical Expenses, Including Insurance</td><td>$_____</td></tr>
<tr><td>Distributions from Deferred Income Arrangements</td><td>$_____</td><td>Other Insurance Premiums</td><td>$_____</td></tr>
<tr><td>Social Security Payments</td><td>$_____</td><td>Other Transportation Expenses</td><td>$_____</td></tr>
<tr><td>Alimony/Child Support Received</td><td>$_____</td><td>Other Household Expenses</td><td>$_____</td></tr>
<tr><td>Gambling Income</td><td>$_____</td><td align="center">Other Expenses (Itemize)</td><td></td></tr>
<tr><td align="center">Other Income (Itemize)</td><td></td><td>_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>_____</td><td>$_____</td><td>_____</td><td>$_____</td></tr>
<tr><td>Total Income</td><td>$_____</td><td>Total Expenses</td><td>$_____</td></tr>
</table>

Initials _____

## ATTACHMENTS

<u>**Item 33.**</u>       **Documents Attached to this Financial Statement**

List all documents that are being submitted with this financial statement.

<u>Item No. Document
       Relates To</u>                                  <u>Description of Document</u>

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

 

     I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court.  I have used my best efforts to obtain the information requested in this statement.  The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge.  I have provided all requested documents in my custody, possession, or control.  I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines).  I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

_____       _____
(Date)                                          Signature

### FEDERAL TRADE COMMISSION

### FINANCIAL STATEMENT OF CORPORATE DEFENDANT

**Instructions**:

1.     Complete all items.  Enter "None" or "N/A" ("Not Applicable") where appropriate.  If you cannot fully answer a question, explain why.

2.     The font size within each field will adjust automatically as you type to accommodate longer responses.

3.     In completing this financial statement, "the corporation" refers not only to this corporation but also to each of its predecessors that are not named defendants in this action.

4.     When an Item asks for information about assets or liabilities "held by the corporation," include <u>ALL</u> such assets and liabilities, located within the United States or elsewhere, held by the corporation or held by others for the benefit of the corporation.

5.     Attach continuation pages as needed.  On the financial statement, state next to the Item number that the Item is being continued.  On the continuation page(s), identify the Item number being continued.

6.     Type or print legibly.

7.     An officer of the corporation must sign and date the completed financial statement on the last page and initial each page in the space provided in the lower right corner.

**Penalty for False Information**:

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person:

(1) "in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "in any . . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3) "in any (. . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information . . . knowing the same to contain any false material declaration." (18 U.S.C. § 1623)

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571.

## BACKGROUND INFORMATION

**Item 1.**          **General Information**

Corporation's Full Name _____

Primary Business Address _____ From (Date) _____

Telephone No. _____ Fax No. _____

 E-Mail Address_____ Internet Home Page_____

All other current addresses & previous addresses for past five years, including post office boxes and mail drops:

Address_____ From/Until_____

Address_____ From/Until_____

Address_____ From/Until_____

All predecessor companies for past five years:

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

**Item 2.**          **Legal Information**

Federal Taxpayer ID No. _____ State & Date of Incorporation _____

State Tax ID No. _____ State _____ Profit or Not For Profit _____

Corporation's Present Status:  Active _____ Inactive _____ Dissolved _____

If Dissolved:  Date dissolved _____ By Whom _____

Reasons _____

Fiscal Year-End (Mo./Day) _____ Corporation's Business Activities _____

**Item 3.**          **Registered Agent**

Name of Registered Agent _____

Address _____ Telephone No. _____

**Item 4.**        **Principal Stockholders**

List all persons and entities that own at least 5% of the corporation's stock.

<u>Name & Address</u>                                        <u>% Owned</u>

_____   _____

_____   _____

_____   _____

_____   _____


**Item 5.**        **Board Members**

List all members of the corporation's Board of Directors.

<u>Name & Address</u>                           <u>% Owned</u>   <u>Term (From/Until)</u>

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____


**Item 6.**        **Officers**

List all of the corporation's officers, including *de facto* officers (individuals with significant management responsibility whose titles do not reflect the nature of their positions).

<u>Name & Address</u>                                        <u>% Owned</u>

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

<u>**Item 7.**</u>        **Businesses Related to the Corporation**

List all corporations, partnerships, and other business entities in which this corporation has an ownership interest.

<u>Name & Address</u>                                    <u>Business Activities</u>    <u>% Owned</u>

_____    _____    _____

_____    _____    _____

_____    _____    _____

State which of these businesses, if any, has ever transacted business with the corporation _____

_____

<u>**Item 8.**</u>        **Businesses Related to Individuals**

List all corporations, partnerships, and other business entities in which the corporation's principal stockholders, board members, or officers (i.e., the individuals listed in Items 4 - 6 above) have an ownership interest.

<u>Individual's Name</u>              <u>Business Name & Address</u>                   <u>Business Activities</u>    <u>% Owned</u>

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

State which of these businesses, if any, have ever transacted business with the corporation _____

_____

<u>**Item 9.**</u>        **Related Individuals**

List all related individuals with whom the corporation has had any business transactions during the three previous fiscal years and current fiscal year-to-date. A "related individual" is a spouse, sibling, parent, or child of the principal stockholders, board members, and officers (i.e., the individuals listed in Items 4 - 6 above).

<u>Name and Address</u>                            <u>Relationship</u>        <u>Business Activities</u>

_____    _____    _____

_____    _____    _____

_____    _____    _____

**Item 10.**          **Outside Accountants**

List all outside accountants retained by the corporation during the last three years.

| Name | Firm Name | Address | CPA/PA? |
|------|-----------|---------|---------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Item 11.**          **Corporation's Recordkeeping**

List all individuals within the corporation with responsibility for keeping the corporation's financial books and records for the last three years.

| Name, Address, & Telephone Number | Position(s) Held |
|-----------------------------------|------------------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**Item 12.**          **Attorneys**

List all attorneys retained by the corporation during the last three years.

| Name | Firm Name | Address |
|------|-----------|---------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Item 13.**            **Pending Lawsuits Filed by the Corporation**

List all pending lawsuits that have been filed by the corporation in court or before an administrative agency.  (List lawsuits that resulted in final judgments or settlements in favor of the corporation in Item 25).

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____Status_____

Initials _____

**<u>Item 14.</u>**        **Current Lawsuits Filed Against the Corporation**

List all pending lawsuits that have been filed against the corporation in court or before an administrative agency.  (List lawsuits that resulted in final judgments, settlements, or orders in Items 26 - 27).

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address_____

Court's Name & Address_____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Initials _____

__Item 15.__         __Bankruptcy Information__

List all state insolvency and federal bankruptcy proceedings involving the corporation.

Commencement Date _____ Termination Date _____ Docket No. _____

If State Court: Court & County _____ If Federal Court: District _____

Disposition _____

__Item 16.__         __Safe Deposit Boxes__

List all safe deposit boxes, located within the United States or elsewhere, held by the corporation, or held by others for the benefit of the corporation.  *On a separate page, describe the contents of each box.*

| Owner's Name | Name & Address of Depository Institution | Box No. |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## __FINANCIAL INFORMATION__

__REMINDER:  When an Item asks for information about assets or liabilities "held by the corporation," include ALL such assets and liabilities, located within the United States or elsewhere, held by the corporation or held by others for the benefit of the corporation.__

__Item 17.__         __Tax Returns__

List all federal and state corporate tax returns filed for the last three complete fiscal years.  *Attach copies of all returns.*

| Federal/ State/Both | Tax Year | Tax Due Federal | Tax Paid Federal | Tax Due State | Tax Paid State | Preparer's Name |
|---|---|---|---|---|---|---|
| _____ | _____ | $_____ | $_____ | $_____ | $_____ | _____ |
| _____ | _____ | $_____ | $_____ | $_____ | $_____ | _____ |
| _____ | _____ | $_____ | $_____ | $_____ | $_____ | _____ |

**Item 18.**          **Financial Statements**

List all financial statements that were prepared for the corporation's last three complete fiscal years and for the current fiscal year-to-date.  *Attach copies of all statements, providing audited statements if available.*

| Year | Balance Sheet | Profit & Loss Statement | Cash Flow Statement | Changes in Owner's Equity | Audited? |
|------|---------------|-------------------------|---------------------|---------------------------|----------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Item 19.**          **Financial Summary**

For each of the last three complete fiscal years and for the current fiscal year-to-date for which the corporation has not provided a profit and loss statement in accordance with Item 18 above, provide the following summary financial information.

|  | Current Year-to-Date | 1 Year Ago | 2 Years Ago | 3 Years Ago |
|--|----------------------|------------|-------------|-------------|
| Gross Revenue | $_____ | $_____ | $_____ | $_____ |
| Expenses | $_____ | $_____ | $_____ | $_____ |
| Net Profit After Taxes | $_____ | $_____ | $_____ | $_____ |
| Payables | $_____ | | | |
| Receivables | $_____ | | | |

**Item 20.**          **Cash, Bank, and Money Market Accounts**

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by the corporation.  The term "cash" includes currency and uncashed checks.

Cash on Hand $_____ Cash Held for the Corporation's Benefit $_____

| Name & Address of  Financial Institution | Signator(s) on Account | Account No. | Current Balance |
|-------------------------------------------|------------------------|-------------|-----------------|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

<u>**Item 21.**</u>         **Government Obligations and Publicly Traded Securities**

List all U.S. Government obligations, including but not limited to, savings bonds, treasury bills, or treasury notes, held by the corporation.  Also list all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by the corporation.

Issuer _____ Type of Security/Obligation _____

No. of Units Owned _____ Current Fair Market Value $_____ Maturity Date _____

Issuer _____ Type of Security/Obligation _____

No. of Units Owned _____ Current Fair Market Value $_____ Maturity Date _____


<u>**Item 22.**</u>         **Real Estate**

List all real estate, including leaseholds in excess of five years, held by the corporation.

Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Current Value $_____ Loan or Account No. _____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____


Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Current Value $_____ Loan or Account No. _____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____


Initials _____

**Item 23.**          **Other Assets**

List all other property, by category, with an estimated value of $2,500 or more, held by the corporation, including but not limited to, inventory, machinery, equipment, furniture, vehicles, customer lists, computer software, patents, and other intellectual property.

| Property Category | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

**Item 24.**          **Trusts and Escrows**

List all persons and other entities holding funds or other assets that are in escrow or in trust for the corporation.

| Trustee or Escrow Agent's Name & Address | Description and Location of Assets | Present Market Value of Assets |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**Item 25.**       **Monetary Judgments and Settlements Owed To the Corporation**

List all monetary judgments and settlements, recorded and unrecorded, owed to the corporation.

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____


**Item 26.**       **Monetary Judgments and Settlements Owed By the Corporation**

List all monetary judgments and settlements, recorded and unrecorded, owed by the corporation.

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date_____ Amount $_____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

Opposing Party's Name & Address_____

Court's Name & Address_____ Docket No._____

Nature of Lawsuit_____ Date of Judgment_____ Amount $_____

**Item 27.       Government Orders and Settlements**

List all existing orders and settlements between the corporation and any federal or state government entities.

Name of Agency _____ Contact Person _____

Address _____ Telephone No. _____

Agreement Date _____ Nature of Agreement _____

**Item 28.       Credit Cards**

List all of the corporation's credit cards and store charge accounts and the individuals authorized to use them.

|              Name of Credit Card or Store              |       Names of Authorized Users and Positions Held       |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**Item 29.       Compensation of Employees**

List all compensation and other benefits received from the corporation by the five most highly compensated employees, independent contractors, and consultants (other than those individuals listed in Items 5 and 6 above), for the two previous fiscal years and current fiscal year-to-date. "Compensation" includes, but is not limited to, salaries, commissions, consulting fees, bonuses, dividends, distributions, royalties, pensions, and profit sharing plans. "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

| Name/Position | Current Fiscal Year-to-Date | 1 Year Ago | 2 Years Ago | Compensation or Type of Benefits |
|---|---|---|---|---|
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |

**Item 30.**          **Compensation of Board Members and Officers**

List all compensation and other benefits received from the corporation by each person listed in Items 5 and 6, for the current fiscal year-to-date and the two previous fiscal years.  "Compensation"  includes, but is not limited to, salaries, commissions, consulting fees, dividends, distributions, royalties, pensions, and profit sharing plans.  "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

| Name/Position | Current Fiscal Year-to-Date | 1 Year Ago | 2 Years Ago | Compensation or Type of Benefits |
|---|---|---|---|---|
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |
| _____ | $_____ | $_____ | $_____ | _____ |

**Item 31.**          **Transfers of Assets Including Cash and Property**

List all transfers of assets over $2,500 made by the corporation, other than in the ordinary course of business, during the previous three years, by loan, gift, sale, or other transfer.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (*e.g.*, Loan, Gift) |
|---|---|---|---|---|
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |
| _____ | _____ | $_____ | _____ | _____ |

**Item 32.**          **Documents Attached to the Financial Statement**

List all documents that are being submitted with the financial statement.

<u>Item No. Document</u>          <u>Description of Document</u>
     <u>Relates To</u>

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court.  I have used my best efforts to obtain the information requested in this statement.  The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge.  I have provided all requested documents in my custody, possession, or control.  I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines).  I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

_____          _____
(Date)                                                            Signature

                                                             _____
                                                             Corporate Position